# Exhibit D

(P. de la C. 451)

# LEY

Para crear la "Ley para Atender la Crisis Económica, Fiscal y Presupuestaria para Garantizar el Funcionamiento del Gobierno de Puerto Rico"; a los fines de tomar medidas temporeras de emergencia necesarias para lograr que el Gobierno de Puerto Rico siga operando y ofreciendo servicios esenciales a la ciudadanía; establecer prohibiciones sobre la contratación de los servicios profesionales; encaminar al Gobierno en la ruta del manejo responsable de la deuda y sus obligaciones; enmendar la Sección 2101 de la Ley 120-1994, según enmendada, conocida como "Código de Rentas Internas de Puerto Rico de 1994," a los fines de extender la vigencia del arbitrio a la adquisición de cierta propiedad mueble y servicios; disponer que todo miembro de una junta o cuerpo rector de una corporación pública, con excepción de ciertos miembros de la Junta de Gobierno de la Universidad de Puerto Rico, de la Autoridad de Energía Eléctrica, de la Autoridad de Acueductos y Alcantarillados, de la Junta de la Corporación del Proyecto Enlace Caño Martín Peña, y los miembros de la Junta de la Compañía para el Desarrollo Integral de la Península de Cantera, deberá gozar de la confianza del Gobernador de Puerto Rico para poder ejecutar y llevar a cabo la política pública establecida; y para otros fines relacionados.

## EXPOSICIÓN DE MOTIVOS

El Gobierno de Puerto Rico atraviesa por una crisis fiscal y socioeconómica sin precedentes en tiempos modernos. Las nefastas acciones y la errada política pública de la administración del Partido Popular, colocaron la Isla en un abismo económico y fiscal histórico que culminó con la imposición por el Congreso de una Junta de Supervisión Fiscal (JSF), a tenor con el Puerto Rico Oversight, Management and Economic Stability Act of 2016 (PROMESA).

La debacle que enfrenta Puerto Rico actualmente se debe a una serie de problemas de raíz, profundos y estructurales, que llevan manifestándose por varios años, y en algunos casos, de por varias décadas. El Gobierno de Puerto Rico ha acumulado una deuda de alrededor $70,000 millones (sin contar la deuda de los sistemas de retiro y otras, que aumentan el total a unos $140,000 millones) y desde el 2014 tiene una calificación crediticia por debajo del grado de inversión o "chatarra". La deuda de por sí no es negativa si se usa para invertir en obra permanente y proyectos que generan un retorno económico y social, pero es nefasta si se utiliza para pagar déficits operacionales. Esta última, ha sido la consigna constante de las administraciones del Partido Popular.

Artículo 29.-Disposiciones especiales sobre los miembros de las juntas de las corporaciones públicas

Por la presente Ley se declara que todo miembro de una junta o cuerpo rector de una corporación pública deberá gozar de la confianza del Gobernador de Puerto Rico para poder ejecutar y llevar a cabo la política pública establecida, toda vez que los mismos inciden en la formulación de política pública y en el plan fiscal que hay que presentar ante la Junta de Supervisión Federal. A partir de la vigencia de esta Ley, el Gobernador podrá remover de la junta de directores de una corporación pública, agencia, dependencia o instrumentalidad del Gobierno o de cualquier entidad que reciba subsidios del Gobierno de Puerto Rico incluyendo pero sin limitarse a la Universidad de Puerto Rico, a cualquier miembro que entienda que no está ejecutando la política pública establecida por éste o que no goce de su confianza para formular e implementar el plan fiscal requerido por la legislación federal conocida como PROMESA. Cualquier miembro de Junta que haya sido electo, permanecerá en su cargo hasta culminar el termino por el cual fue elegido o hasta que su sucesor tome posesión del cargo. Esta disposición le aplicará a la Autoridad de Acueductos y Alcantarillados, según la Sección 3 de la Ley Núm. 40 de 1 de mayo de 1945, según enmendada, y en la Autoridad de Energía Eléctrica, según la Sección 4 de la Ley Núm. 83 de 2 de mayo de 1941, según enmendada. En lo que respecta a la Junta de Gobierno de la Universidad de Puerto Rico, según el Artículo 3 de la Ley Núm. 1 de 20 de febrero de 1966, según enmendada, esta Ley solo le aplicará a los miembros nombrados por el Gobernador de Puerto Rico, entiéndase, que quedan expresamente excluido de la aplicación de este Articulo, los dos (2) representantes estudiantiles y los dos (2) representantes claustrales. Finalmente, los miembros de la Junta de la Corporación del Proyecto Enlace Caño Martin Peña, según la Ley 489-2004, según enmendada y los miembros de la Junta de la Compañía para el Desarrollo Integral de la Península de Cantera, según la Ley 20-1992, según enmendada, quedan expresamente excluidas de la aplicación de este Articulo.

El Secretario de la Gobernación, creará un comité compuesto por miembros del gabinete, quienes harán las recomendaciones correspondientes al Gobernador sobre las personas que deben ser removidas por estas causas. Dicha determinación del Gobernador será final y ningún tribunal de justicia o foro podrá paralizar interlocutoriamente la remoción y el nombramiento del sustituto. El Gobernador procederá a hacer los nombramientos que entienda pertinente, que seguirán el procedimiento de confirmación establecido para cada junta.

Artículo 30.-Separabilidad

Si cualquier cláusula, párrafo, subpárrafo, oración, palabra, letra, artículo, disposición, sección, subsección, título, capítulo, subcapítulo, acápite o parte de esta Ley fuera anulada o declarada inconstitucional, la resolución, dictamen o sentencia a tal