# **EXHIBIT E**



# GOVERNMENT OF PUERTO RICO
## Puerto Rico Fiscal Agency and Financial Advisory Authority

## Municipal Secondary Market Disclosure Information Cover Sheet
## Municipal Securities Rulemaking Board (MSRB)
## Electronic Municipal Market Access System (EMMA)

### Additional / Voluntary Event-Based Disclosure

**THIS FILING RELATES TO ALL OR SEVERAL SECURITIES ISSUED BY THE ISSUER, OR ALL OR SEVERAL SECURITIES OF A SPECIFIC CREDITOR:**

Issuer's Name:   **Puerto Rico Electric Power Authority (PREPA)**

Other Obligated Person's Name (if any): 

Six-digit CUSIP* number(s):   **745268 and 74526Q**

**TYPE OF INFORMATION PROVIDED:**

- A.  ☐ Amendment to Continuing Disclosure Undertaking
- B.  ☐ Change in Obligated Person
- C.  ☐ Notice to Investor Pursuant to Bond Documents
- D.  ☐ Communication from the Internal Revenue Service
- E.  ☐ Bid for Auction Rate and Other Securities
- F.  ☐ Capital or Other Financing Plan
- G.  ☐ Litigation / Enforcement Action
- H.  ☐ Change of Tender Agent.  Remarketing Agent or Other On-going Party
- I.  ☐ Derivative or Other Similar Transaction
- J.  ☒ Other Event-Based Disclosures:  **PREPA Public Disclosure dated March 21, 2017**

I represent that I am authorized by the issuer, obligor or its agent to distribute this information publicly.

/s/ Mohammad Yassin Mahmud
Mohammad Yassin Mahmud
Puerto Rico Fiscal Agency and Financial Advisory Authority,
    as Fiscal Agent for the Commonwealth

Dated: March 21, 2017



PO Box 42001 • San Juan, PR 00940-2001 • Telephone (787) 722-2525

**PREPA Public Disclosure**
**March 21, 2017**

As previously announced, on March 14, 2016, the Puerto Rico Electric Power Authority ("**PREPA**") entered into an Amended and Restated Restructuring Support Agreement (the "**RSA**") with various creditors.

PREPA (together with Puerto Rico Fiscal Agency and Financial Advisory Authority) executed confidentiality agreements (the "**Confidentiality Agreements**") with certain Creditors who are members of Ad Hoc Group of Bondholders. Under these Confidentiality Agreements, PREPA agreed to publicly disclose certain confidential information provided to the parties to such agreements. The information included in this notice and its annex is being furnished to comply with PREPA's obligations under the Confidentiality Agreements.

PREPA presented certain confidential information (the "**Discussion Material**") to the parties to the Confidentiality Agreements. A copy of the Discussion Material is attached as Annex A hereto.

*Forward-Looking Statements*

The information contained in this notice encompasses certain "forward-looking" statements and information. These forward-looking statements may relate to the fiscal and economic condition, financial performance, plans, or objectives of PREPA. All statements contained herein that are not clearly historical facts are forward-looking, and the words "anticipates," "believes," "continues," "expects," "estimates," "intends," "aims," "projects," and similar expressions, and future or conditional verbs such as "will," "would," "should," "could," "might," "can," "may," or similar expressions, are generally intended to identify forward-looking statements. The information contained herein is subjective in many respects and thus subject to interpretation.

These forward-looking statements are not guarantees of future performance and involve certain risks, uncertainties, estimates, opinions, expectations and assumptions by PREPA that are difficult to predict and inherently uncertain and many of them are beyond the control of PREPA. The economic and financial condition of PREPA is affected by various financial, social, economic and political factors. These factors can be very complex, may vary from one fiscal year to the next, and are frequently the result of actions taken or not taken, not only by PREPA, but also by entities such as the Commonwealth of Puerto Rico (the "**Commonwealth**"), the government of the United States of America, and other third parties. Because of the uncertainty and unpredictability of these factors, their impact cannot, as a practical matter, be included in the assumptions underlying PREPA's projections.

The projections set forth in this disclosure were not prepared with a view toward complying with the guidelines established by the American Institute of Certified Public Accountants with respect to prospective financial information, but, in the view of the officers of PREPA responsible for the preparation of such information, were prepared on a reasonable basis based on information available to PREPA at the time of preparation. This information may be incomplete, however, and any information that subsequently becomes available may have a material impact on the projections. It is not possible for PREPA to forecast all the risks which may emerge from time to time nor is it feasible for PREPA to assess the operational or financial impact that they may have on its business. Any combination of risks and other unforeseen challenges may cause results to differ materially from those contained in this disclosure. As such, readers are cautioned not to place undue reliance on any forward-looking financial information contained herein. Actual future results may differ materially from the forward-looking information presented herein.

PREPA does not undertake to update or revise this disclosure, except to the extent required by law.

Neither PREPA's independent auditors, nor any other independent auditors, including those of the Commonwealth, have compiled, examined, audited or performed any procedures with respect to the financial information contained herein, nor have they expressed any opinion or any other form of assurance on such information or its achievability and disclaim any association with such financial information. Neither PREPA's independent auditors, nor any other independent auditors, including those of the Commonwealth, have been consulted in connection with the preparation of this disclosure, and the independent auditors assume no responsibility for its content.

**Annex A**



# Discussion materials

March 9, 2017 **Confidential**

*Confidential working draft – subject to substantial revision – subject to FRE 408*

Case:17-04780-LTS Doc#:74-13 Filed:07/18/17 Entered:07/18/17 14:15:17 Desc:
Exhibit E Page 7 of 14

# Disclaimer

These confidential discussion materials constitute a non-binding proposal, to be used as a basis for continued discussions. The proposal is not intended to be and should not be construed as an offer, commitment, or agreement to enter into any agreement. The proposal contains statements related to future events or developments that may constitute forward-looking statements. Such statements are based on assumptions that are subject to a number of risks, uncertainties and other factors. None of AAFAF, PREPA or their respective counsel or advisors intends, nor assumes any obligation, to update or revise these forward-looking statements in light of developments which differ from those anticipated.



# Key terms of proposal

**Current RSA**

- 15% principal haircut

- 10% DSRF

- Required to be investment-grade

- Election into either:
    - CIBs – cash pay only next five years (4.75% coupon)[1]
    - CABs – zero cash interest over next five years (5.5% coupon)[1]

- Relending Bonds (~10.0% weighted-average coupon) to be economically defeased via the issuance of Mirror Bonds

**Proposal**

- Consideration split between 80% in Securitization Bonds and 5% in new PREPA bond (maintain 85% total)

- DSRF ramp up to 3.5% by year 5

- No investment-grade rating requirement

- CIBs / CABs amended as follows:
    - Extend maturity to 2047 (30 year term)
    - 5 year holidays extended to 7 years
    - Minimum 40% CABs election

- Relending bonds to receive CIBs (4.75% coupon)[1] at par

- Relending commitment for July 2017 principal and interest payments (~$90m)

- Backstop new CIB issue (4.75% coupon)[1] up to $350m

**Note**
1  Subject to interest rate step downs based on credit ratings



# Changes to the DSRF

| Current RSA | Proposal |
|---|---|
| ■ 10% Common <br> ■ 3.5% Mirror <br> ■ $464m Surety with remaining (~$166m) paid by PREPA <br> ■ Surety replaced with PREPA cash over years 3 – 9 | ■ 1% of total SPV bonds ($~83m), increasing to 3.5% by year 5 (~$310m) <br> ■ Funded by PREPA cash |

*% cash funded by PREPA*



— Proposed DSRF Level    — Total DSRF under Original RSA    --- Current cash portion



3

Confidential working draft – subject to substantial revision – subject to FRE 408

# Liquidity forecast

**PREPA liquidity ($ in millions)**

**Source** Alix CY17 Cash Forecast per dataroom

Rothschild



# Appendix A. Precedent DSRF study

# DSRF levels in precedent power securitizations

## Rate analysis

| State | Entity | Date | Approx. Size ($mm) | Ratings (S / M / F) | Approx. Initial Residential Charge | Debt Service Reserve Account |
|---|---|---|---|---|---|---|
| New York | Long Island Power Authority | September-16 | $469.5 | AAA / Aaa / AAA | 0.20% | 1.50% |
| Florida | Duke Energy Florida | June-16 | 1,294 | AAA / Aaa / AAA | 2.70% | 0.50% |
| New York | Long Island Power Authority | March-16 | 638 | AAA / Aaa / AAA | 1.00% | 1.50% |
| New York | Long Island Power Authority | October-15 | 1,002 | AAA / Aaa / AAA | 2.50% | 1.50% |
| Louisiana | Entergy Louisiana | July-15 | 99 | AAA / Aa1 / NR | 4.02% | 3.00% |
| Hawaii | Department of Business, Economic Development, and Tourism | November-14 | 150 | AAA / Aaa / AAA | 1.00% | 0.50% |
| Louisiana | Entergy Louisiana | July-14 | 71 | AAA / Aaa / NR | 1.40% | 0.50% |
| Louisiana | Entergy Louisiana | July-14 | 244 | AAA / Aaa / NR | 1.40% | 0.50% |
| Michigan | Consumers Energy | July-14 | 378 | AAA / Aaa / NR | 1.00% | 0.50% |
| New York | Long Island Power Authority | December-13 | 2,022 | AAA / Aaa / AAA | 6.70% | 0.50% |
| West Virginia | AEP West Virginia | November-13 | 380 | AAA / Aaa / NR | 2.40% | 0.50% |
| Ohio | AEP Ohio | July-13 | 267 | AAA / Aaa / NR | 1.70% | 0.50% |
| Ohio | FirstEnergy | June-13 | 445 | AAA / Aaa / AAA | 1.70% | CEI Funding LLC - 0.50%; TE Funding - 1.75% |
| Texas | AEP Texas Central | March-12 | 800 | AAA / Aaa / AAA | 3.00% | 0.50% |
| Texas | CenterPoint Energy Houston Electric | January-12 | 1,695 | AAA / Aaa / AAA | 2.20% | 0.50% |
| Louisiana | Entergy Louisiana | September-11 | 207 | AAA / Aaa / AAA | 2.93% | 0.50% |
| Arkansas | Entergy Arkansas | August-10 | 124 | AAA / Aaa / AAA | 1.00% | 0.50% |
| Louisiana | Entergy Louisiana | July-10 | 469 | AAA / Aaa / AAA | 2.40% | 0.50% |
| Louisiana | Entergy Gulf States Louisiana | July-10 | 244 | AAA / Aaa / AAA | 1.90% | 0.50% |
| West Virginia | Potomac Edison Company | December-09 | 22 | AAA / Aaa / AAA | 1.00% | 0.50% |
| West Virginia | Monongahela Power Company | December-09 | 64 | AAA / Aaa / AAA | 1.00% | 0.50% |
| Texas | CenterPoint Energy | November-09 | 665 | AAA / Aaa / AAA | 1.00% | 0.50% |
| Texas | Entergy Texas | November-09 | 546 | AAA / Aaa / AAA | 5.20% | 0.50% |
| Louisiana | Entergy Louisiana | August-08 | 278 | AAA / Aaa / AAA | 3.20% | 0.50% |
| Louisiana | Entergy Gulf States Louisiana | July-08 | 688 | AAA / Aaa / AAA | 2.50% | 0.50% |
| Louisiana | Cleco Power | February-08 | 181 | AAA / Aaa / AAA | 1.00% | 0.50% |
| Texas | CenterPoint Energy | January-08 | 488 | AAA / Aaa / AAA | 0.30% | 0.50% |
| Maryland | Baltimore Gas & Electric | June-07 | 623 | AAA / Aaa / AAA | 4.00% | 0.50% |
| Texas | Entergy Gulf States | June-07 | 330 | AAA / Aaa / AAA | 3.50% | 0.50% |
| Florida | Florida Power and Light | May-07 | 652 | AAA / Aaa / AAA | 0.90% | 0.50% |
| West Virginia | Monongahela | April-07 | 344 | AAA / Aaa / AAA | 5.90% | 0.50% |
| West Virginia | Potomac Edison | April-07 | 115 | AAA / Aaa / AAA | 6.40% | 0.50% |
| Texas | AEP Texas Central | September-06 | 1,740 | AAA / Aaa / AAA | 4.14% | 0.50% |
| New Jersey | Jersey Central Power & Light | August-06 | 182 | AAA / Aaa / AAA | 0.90% | 0.50% |
| Texas | CenterPoint Houston | December-05 | 1,851 | AAA / Aaa / AAA | 2.10% | 0.50% |
| California | Pacific Gas & Electric | November-05 | 844 | AAA / Aaa / AAA | 1.50% | 0.50% |
| Pennsylvania | West Penn Power | September-05 | 115 | AAA / Aaa / AAA | n.a. | 0.50% |
| New Jersey | Public Service Electric & Gas | September-05 | 103 | AAA / Aaa / AAA | 0.30% | 0.50% |
| Massachusetts | Nstar (Boston Edison) | February-05 | 675 | AAA / Aaa / NR | 8.50% | 0.5% |
| California | Pacific Gas & Electric | February-05 | 1,888 | AAA / Aaa / AAA | 3.10% | 0.50% |
| New Jersey | Rockland Electric | July-04 | 46 | AAA / Aaa / AAA | 2.80% | 0.50% |
| Connecticut | State of Connecticut (CL&P/UIC) | June-04 | 205 | AAA / Aaa / AAA | 1.25% | 1.00% |
| Texas | TXU Electric Delivery | May-04 | 790 | AAA / Aaa / AAA | 0.80% | 0.50% |
| New Jersey | Atlantic City Electric | December-03 | 152 | AAA / Aaa / AAA | 4.10% | 0.50% |
| Texas | Oncor Electric Delivery | August-03 | 500 | AAA / Aaa / AAA | 0.60% | 0.50% |
| New Jersey | Atlantic City Electric | December-02 | 440 | AAA / Aaa / AAA | 4.10% | 0.50% |
| New Jersey | Jersey Central Power and Light | June-02 | 320 | AAA / Aaa / AAA | 1.70% | 0.50% |
| Texas | Central Power and Light | January-02 | 797 | AAA / Aaa / AAA | 4.20% | 0.50% |
| New Hampshire | Public Service of New Hampshire | January-02 | 50 | AAA / Aaa / AAA | 2.60% | 1%; Grows to 1.5% |
| Michigan | Consumers Energy | October-01 | 469 | AAA / Aaa / AAA | 1.80% | 0.50% |
| Texas | Reliant Energy | October-01 | 749 | AAA / Aaa / AAA | 1.20% | 0.50% |
| Massachusetts | Western Massachusetts | May-01 | 155 | AAA / Aaa / AAA | 4.20% | 0.50% |
| New Hampshire | Public Service of New Hampshire | April-01 | 525 | AAA / Aaa / AAA | 11.90% | 0.50% |
| Connecticut | Connecticut Light & Power | March-01 | 1,438 | AAA / Aaa / AAA | 8.30% | 0.50% |
| Michigan | Detroit Edison | March-01 | 1,750 | AAA / Aaa / AAA | 3.70% | 0.50% |
| Pennsylvania | PECO Energy | February-01 | 805 | AAA / Aaa / AAA | 11.80% | 0.50% |
| New Jersey | PSE&G | January-01 | 2,525 | AAA / Aaa / AAA | 6.90% | 0.50% |
| Pennsylvania | PECO Energy | April-00 | 1,000 | AAA / Aaa / AAA | 12.60% | 0.50% |
| Pennsylvania | West Penn Power | November-99 | 600 | AAA / Aaa / AAA | 9.32% | 0.50% |
| Pennsylvania | Pennsylvania Power & Light | July-99 | 2,420 | AAA / Aaa / AAA | 12.30% | 0.50% |
| Massachusetts | Boston Edison | July-99 | 725 | AAA / Aaa / AAA | 9.30% | 0.50% |
| California | Sierra Pacific Power | March-99 | 24 | Aaa | 20.12% | 0.50% |
| Pennsylvania | PECO Energy | March-99 | 4,000 | AAA / Aaa / AAA | 12.60% | 0.50% |
| Illinois | Illinois Power | December-98 | 864 | AAA / Aaa / AAA | 6.70% | 0.50% |
| Illinois | Commonwealth Edison | December-98 | 3,400 | AAA / Aaa / AAA | 8.20% | 0.50% |
| Montana | Montana Power | December-98 | 63 | NR / Aaa / AAA | 2.50% | 0.50% |
| California | San Diego Gas & Electric | December-97 | 658 | AAA / Aaa / AAA | 14.20% | 0.50% |
| California | Southern California Edison | December-97 | 2,463 | AAA / Aaa / AAA | 13.50% | 0.50% |
| California | Pacific Gas & Electric | November-97 | 2,901 | AAA / Aaa / AAA | 13.60% | 0.50% |
| Min | | | $22.0 | | 0.20% | 0.50% |
| **Median** | | | **500** | | **2.75%** | **0.50%** |
| **Mean** | | | **786** | | **4.48%** | **0.59%** |
| Max | | | 4,000 | | 20.12% | 3.00% |



608436

# Appendix B. Liquidity forecast

# Liquidity projections and sources & uses

### Summary cash flows – January 2017 to August 2017

*($ in millions)*

|  | Jan-17 | Feb-17 | Mar-17 | Apr-17 | May-17 | Jun-17 | Jul-17 | Aug-17 | Total (pre transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **PREPA cash flow (pre debt & restructuring)** | $5 | ($16) | $14 | ($10) | ($53) | $18 | $22 | $13 | ($8) |
| Professional fees | (15) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (39) |
| Fuel line interest | (4) | (4) | (15) | (4) | (4) | (4) | – | – | (36) |
| Bond interest | – | – | – | – | – | (214) | – | – | (214) |
| Bond maturities | – | – | – | – | – | (237) | – | – | (237) |
| **Net cash flow** | **($14)** | **($23)** | **($5)** | **($18)** | **($61)** | **($441)** | **$18** | **$9** | **($535)** |
| Beginning cash balance | 306 | 292 | 269 | 264 | 246 | 186 | (256) | (237) | 306 |
| **Ending operating cash** | **292** | **269** | **264** | **246** | **186** | **(256)** | **(237)** | **(228)** | **(228)** |

*Memo:*
Restricted GDB cash | 146 | 146 | 146 | 146 | 146 | 146 | 146 | 146 |

**Source** Alix CY17 Cash Forecast per dataroom

### RSA Transaction – Sources and Uses

*Relending RSA Party only payments & Backstopped New Capital*



**Sources**
AHG July 2017 Relending P&I [1]         $90
Monoline July 2017 Relending P&I [1]    190
New Capital                             328

**Total sources**                       **$608**

**Uses**
Cash shortfall                  $228
Cash on balance sheet            200
PREPA funding of DSRF             83
SIF top up                        50
Transaction costs                 47

**Total uses**                  **$608**

*Reflects proposed 1% of all SPV bonds*

**Note**
1   Estimated balances for illustrative purposes

