# **EXHIBIT H-1**

CERTIFIED TRANSLATION



# GOVERNOR OF PUERTO RICO
# OFFICE OF THE GOVERNOR

**PRESS RELEASE**

**Governor Rosselló-Nevares designates three members to the Board of Directors of PREPA**

**(June 28, 2017 – Washington, DC)** Today, Governor Ricardo Rosselló-Nevares appointed Edwin Alexis Irizarry-Lugo, Ernesto Sgroi, and Omar Marrero-Díaz as members of the Board of Directors of the Electric Power Authority (PREPA).

"Our thanks to Edwin, [sic] Alexis, and Ernesto for saying yes to public service at a time when Puerto Rico needs them most. To Omar, thanks for his commitment and adding his experience to this important governing body, that is necessary to ensure the economic development of Puerto Rico," said the first executive.

Irizarry-Lugo is an environmental engineer and attorney. He currently provides legal services with an emphasis on the environment, construction, and land use. He worked at PREPA as an environmental engineer from 1996 to 2003, and later went to the Legal Division of the corporation.

Between February, 2009 and December, 2010, Irizarry-Lugo worked as chair and vice chair of the Environmental Quality Board. He was also appointed executive director of the Permits Management Board.

For his part, Sgroi is an expert in finance, project management, and real estate development. He is a graduate of the University of Miami, with a BA in finance. He also holds a master's degree in Business Administration with a specialization in investment from Columbia Business School, from which he graduated in 2000.

Sgroi is a licensed real estate agent and was the vice chair of the Real Estate Brokers Board of Directors from 2012 to 2016.

On the other hand, Marrero Díaz is the current executive director of the Public-Private Partnerships Authority, the Ports Authority, and the Convention Center District.



La Fortaleza, San Juan, PR 00901 • PO Box 9020082, San Juan, PR00902-0082 • gobernador@fortaleza.pr.gov • 787.721.7000



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**PRESS RELEASE**

Marrero-Díaz obtained his bachelor's degree in business administration with a double concentration in accounting and finance from the University of Dayton.

During the past decade, he worked as an administrative settlement and regulatory attorney, in corporate and finance law, capital markets, administrative and contractual law, real estate and inheritance law, insurance, and government affairs.

Likewise, he participated in the financing of the first six-star hotel in Puerto Rico, several corporate reorganizations, complex financing transactions, and PPPs. He also advised the Port of the Américas Authority and the Mayagüez Port Commission, among other government entities.

In addition, he was Secretary of the Department of Consumer Affairs and a member of the Board of Directors of the Automobile Accident Compensation Administration (ACCA) under the administration of Governor Luis G. Fortuño.

### 

La Fortaleza, San Juan, PR 00901 ● PO Box 9020082, San Juan, PR00902-0082 ● gobernador@fortaleza.pr.gov ● 787.721.7000

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.