# **EXHIBIT H-2**



**GOBERNADOR DE PUERTO RICO**

OFICINA DEL GOBERNADOR

**Gobernador Rosselló Nevares designa tres miembros a la Junta de Gobierno de la AEE**

**(28 de junio de 2017 – Washington, DC)** El gobernador Ricardo Rosselló Nevares designó hoy a Edwin Alexis Irizarry Lugo, Ernesto Sgroi y Omar Marrero Díaz como miembros a la Junta de Gobierno de la Autoridad de Energía Eléctrica (AEE).

"Gracias a Edwin, Alexis y Ernesto por decir que sí al servicio público en momentos en que Puerto Rico más los necesita. A Omar, gracias por su compromiso y sumar su experiencia a este importante ente rector necesario para asegurar el desarrollo económico de Puerto Rico", agregó el primer ejecutivo.

Irizarry Lugo es ingeniero ambiental y abogado. En la actualidad, ofrece servicios de representación legal con énfasis en medio ambiente, construcción y uso de la tierra. Trabajó en la AEE como ingeniero ambiental entre 1996 y 2003. Luego pasó a ser parte de la División Legal de la corporación.

Entre febrero de 2009 y diciembre de 2010, Irizarry Lugo, laboró como presidente y vicepresidente de la Junta de Calidad Ambiental. Asimismo, fue designado como director ejecutivo de la Oficina de Gerencia de Permisos.

Mientras, Sgroi es experto en finanzas, manejo de proyectos y desarrollo de bienes raíces. Además, es graduado de la Universidad de Miami con un bachillerato en finanzas. Al mismo tiempo, tiene una maestría en Administración de Negocios con especialidad en manejo de inversiones de Columbia Business School, de donde se graduó en el 2000.

Sgroi es un agente de bienes raíces licenciado y fue el vicepresidente del Real Estate Brokers Board of Directors de 2012 a 2016.

De otro lado, Marrero Díaz es el actual director ejecutivo Autoridad de las Alianzas Público Privadas, la Autoridad de Puertos y el Distrito del Centro de Convenciones.



**GOBERNADOR DE PUERTO RICO**
OFICINA DEL GOBERNADOR

COMUNICADO DE PRENSA

Marrero Díaz obtuvo su bachillerato en administración de empresas con una doble concentración de contabilidad y finanzas de la Universidad de Dayton.

Durante la pasada década, se desempeñó como un abogado transaccional y regulatorio en las áreas del derecho corporativo y financiero, mercados capitales, derecho administrativo y contractual, derecho inmobiliario y sucesoral, seguros, y asuntos gubernamentales.

Asimismo, participó en el financiamiento del primer hotel seis estrellas de Puerto Rico, múltiples reorganizaciones corporativas, transacciones complejas de financiamiento y APP. También asesoró a la Autoridad del Puerto de las Américas y la Comisión del Puerto de Mayagüez, entre otras entidades gubernamentales.

Se desempeñó además como secretario del Departamento de Asuntos del Consumidor y miembro de la Junta de Directores de la Administración de Compensación por Accidentes de Automóviles (ACCA) bajo la administración del gobernador Luis G. Fortuño.

**###**

La Fortaleza, San Juan, PR 00901 • PO Box 9020082, San Juan, PR00902-0082 • gobernador@fortaleza.pr.gov • 787.721.7000