# **EXHIBIT I-1**



GOVERNOR OF PUERTO RICO
OFFICE OF THE GOVERNOR

**Governor Rosselló-Nevares recommends a new director for PREPA**

**(March 3, 2017—La Fortaleza)** Governor Ricardo Rosselló-Nevares has recommended the engineer Ricardo L. Ramos for executive director of the Electric Power Authority (PREPA).

For 25 years, Ramos has been a prominent consultant in planning, financing, permits, and development of energy infrastructure.

The engineer has also worked as a consultant in developing conventional energy projects, natural gas, renewable energy, automation, and measurement.

Furthermore, Ramos has taught engineering at the Polytechnic University of Puerto Rico and has worked pro bono, lecturing as a member of the Engineers Association of Puerto Rico.

Engineer Ramos is knowledgeable of the PREPA structure, since he worked as an engineer in the Systems and Research Planning Division from 1991 to 1997. During that time, he participated as an engineer in several capital improvement projects and in establishing power purchase and operating agreements (PPOA) with Ecoeléctrica.

In addition, he has collaborated from the private sector with PREPA in the development of large-scale projects such as transmission lines and, most recently, as a consultant for Excelerate Energy, a firm that serves as consultant to PREPA in the development of the Aguirre Offshore Gas Port.

"We are confident in Mr. Ramos's ability to direct the Electric Power Authority, at this time of fiscal challenges and fundamental changes at the public corporation. His experience, enthusiasm, and ability to innovate are essential to achieve a positive change at PREPA," said Governor Rosselló.

"Mr. Ramos is committed to modernizing a public corporation that he has served, to ensure progress for Puerto Rico, a corporation that for several years until now has frequently been an obstacle for the economic development of the Island, among other reasons, due to the high cost of electric energy," said Rosselló-Nevares upon recommending the engineer.

La Fortaleza, San Juan, PR 00901 • PO Box 9020082, San Juan, PR00902-0082 • gobernador@fortaleza.pr.gov • 787.721.7000



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

"I am grateful for the nomination that the governor has made, and I accept it, since I believe that at this time of significant challenges, all of us have to be willing to contribute our skills, knowledge, and experience, at the service of Puerto Rico," said engineer Ramos.

As Ramos stated, in addition to the fiscal challenges "the Authority has to urgently address areas such as generation, maintenance of the system, retention of technical staff, customer service, and the high cost of energy."

"I will focus on ensuring that each of these areas is modernized to guarantee that the Authority continues to serve Puerto Rico well," Ramos concluded.

The recommendation of Ramos for executive director of PREPA must be evaluated and approved by the Board of Directors of the public corporation.

###

**Contact:** Yennifer Álvarez-Jaimes
Press Secretary
La Fortaleza [Governor's Mansion]
787 610 0202

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.