# EXHIBIT I-2



GOBERNADOR DE PUERTO RICO
OFICINA DEL GOBERNADOR

**Gobernador Rosselló Nevares recomienda nuevo director para la AEE**

**(3 de marzo de 2017—La Fortaleza)** El gobernador Ricardo Rosselló Nevares recomendó al ingeniero Ricardo L. Ramos como director ejecutivo de la Autoridad de Energía Eléctrica (AEE).

Ramos se ha destacado durante 25 años como asesor en las áreas de planificación, financiamiento, permisos y desarrollo de infraestructura de energía.

El ingeniero también ha trabajado como asesor en el desarrollo de proyectos de convencionales de energía, gas natural, energía renovable, automatización y medición.

Al mismo tiempo, Ramos ha impartido clases de ingeniería en la Universidad Politécnica de Puerto Rico y ha trabajado pro bono, ofreciendo conferencias como miembro del Colegio de Ingenieros de Puerto Rico.

El ingeniero Ramos conoce la estructura de la AEE debido a que desde 1991 a 1997 trabajó como ingeniero en la División de Planificación de Sistemas e Investigación. Durante este periodo participó como ingeniero de varios proyectos de mejoras capitales y en el establecimiento de los acuerdos de compra y operación de energía (PPOA, por sus siglas en inglés) de Ecoeléctrica.

Además, ha colaborado desde el sector privado con la AEE en el desarrollo de proyectos de envergadura como líneas de transmisión y, más recientemente, como asesor de Excelerate Energy, firma encargada de asesorar a la AEE en el desarrollo del Aguirre Offshore Gas Port.

“Confiamos en la capacidad del ingeniero Ramos para dirigir la Autoridad de Energía Eléctrica, en estos momentos de retos fiscales y de cambios fundamentales en la corporación pública. Su experiencia, entusiasmo y capacidad para innovar son esenciales para lograr un cambio positivo en la AEE", señaló el gobernador Rosselló.

"El ingeniero Ramos está comprometido con la modernización de una corporación pública a la que le sirvió para asegurar el progreso a Puerto Rico, pero que desde hace varios años hasta el presente, ha representado en múltiples instancias un obstáculo para el desarrollo económico de la Isla, debido, entre varias razones, al alto costo energético”, sentenció Rosselló Nevares tras recomendar al ingeniero.

GOBERNADOR DE PUERTO RICO
OFICINA DEL GOBERNADOR

“Estoy agradecido de la nominación hecha por el gobernador y la acepto porque entiendo que en estos momentos de grandes retos todos tenemos que estar disponibles para aportar nuestras capacidades, conocimientos y experiencias, poniéndolas al servicio de Puerto Rico", sostuvo el ingeniero Ramos.

Según comentó Ramos, adicional a los retos fiscales “la Autoridad tiene que atender con premura las áreas de generación, conservación del sistema, la retención del personal técnico, el servicio al cliente y el alto costo de energía".

"Me voy a enfocar en asegurar que cada una de estas áreas se moderniza para garantizar que la Autoridad se mantenga sirviendo bien a Puerto Rico", concluyó Ramos.

La recomendación de Ramos como director ejecutivo de la AEE tiene que ser evaluada y ratificada por la Junta de Gobierno de la corporación pública.

###

**Contacto:** Yennifer Álvarez Jaimes
Secretaria de Prensa de La Fortaleza
787 610 0202