# **EXHIBIT J-1**

## LEGAL BASIS

The Act No. 83 of May 2, 1941, as amended, known as the "Puerto Rico Electric Power Authority Act," creates the Authority as a public corporation and autonomous governmental body of the Commonwealth of Puerto Rico. It has the duty to provide reliable electricity in order to contribute to the general wellbeing and sustainable future of the people of Puerto Rico maximizing benefits and minimizing social, environmental and economic impacts.

## MISSION

Its mission is to provide electric power to customers in the most efficient, economical and reliable way in harmony with the environment, health and safety.

## HUMAN RESOURCES

| **Posts occupied and proposed** | 2015 Sept./14 | 2016 Sept./15 | 2017 Sept./16 | 2017 Feb./17 | 2018 Projected |
|---|---|---|---|---|---|
| Total number of posts | 7,311 | 6,840 | 6,537 | 6,434 | 6,434 |

The data comes from the report on occupied posts certified by the Agency as of September 30 of each fiscal year. The number corresponding to fiscal year 2017-2018 is projected during the budget process.

## RECOMMENDED BUDGET FOR THE FISCAL YEAR 2017-2018

The recommended budget for fiscal year 2017-2018 follows the zero-based budgeting (ZBB) methodology in accordance with the public policy established in Administrative Bulletin No. OE-2017-05. The ZBB is a budget and fiscal policy strategy whose main objective is to ensure that a government cannot spend more than it collects, thus limiting the increase of the public debt and guaranteeing the sustainability of public finances both in the short and long term. As part of this process, it is planned to annually evaluate and justify all programs and expenditures of government departments, agencies or instrumentalities starting from zero, without taking into consideration the budgetary allocations of previous years. This facilitates the search for new ways to offer more efficient and effective services that allow an improvement in the quality of services, the elimination of duplication in the offer of services and a reduction in expenses.

The recommended budget is in accordance with the fiscal plan approved by the Financial Oversight and Management Board of Puerto Rico, as established in Section 201 of the Puerto Rico Oversight, Management, and Economic Stability Act of 2016, hereinafter "PROMESA," Pub. L. No. 114-187, 130 Stat. 2183 (2016).

The recommended consolidated budget for fiscal year 2017-2018 totals $3,218,116,000. Resources include $3,154,603,000 from own revenues, $38,921,000 from other income and $24,592,000 from loans and bond issues. Own revenues come from the sale of electricity. These resources

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

are used to cover the operational expenses of the Authority, the purchase of fuel and the development of permanent improvements. The other income is derived from gains made on securities market investments, customer contributions to finance infrastructure projects, charges from arrears in the payment of the service billed and other fines. These resources allow for operating expenses, such as: payroll and related costs, purchased services, and materials and supplies.

The operating expenses will allow compliance with the ministerial duties consistent with the implementation of the public policy established in Administrative Bulletins No. OE-2017-01, OE-2017-09 and the Fiscal Plan approved by the Financial Oversight and Management Board for Puerto Rico created under PROMESA.

**SUMMARY OF AGENCY CONSOLIDATED RESOURCES**

| Consolidated Budget (thousands of dollars) | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| **Direct service Program** | | | | |
| **Operating expenses** | **Expenses** | **Expenses** | **Assigned** | **Recom.** |
| Electrical system operation and engineering | 2,832,114 | 3,259,546 | 3,259,546 | 2,057,997 |
| Transmission and distribution of electric power | 183,061 | 196,201 | 196,201 | 191,931 |
| Administration and conservation of public irrigation systems | 8,778 | 12,600 | 12,600 | 15,019 |
| Invoicing and collection for the electrical service and customer service | 108,971 | 104,674 | 104,674 | 105,464 |
| Contribution to the Municipalities | 233,749 | 264,235 | 264,235 | 284,111 |
| **Subtotal, operating expenses, direct service** | **3,366,673** | **3,837,256** | **3,837,256** | **2,654,522** |
| | | | | |
| **Subsidies, incentives and donations** | **Expenses** | **Expenses** | **Allocated** | **Recom.** |
| Contribution to the Government of Puerto Rico | 40,967 | 35,858 | 35,858 | 70,355 |
| **Subtotal, subsidies, incentives and donations, direct service** | **40,967** | **35,858** | **35,858** | **70,355** |
| | | | | |
| **Permanent improvements** | **Expenses** | **Expenses** | **Allocated** | **Recom.** |
| Electrical system operation and engineering | 69,343 | 85,023 | 85,023 | 81,257 |
| Transmission and distribution of electric power | 106,749 | 130,890 | 130,890 | 152,621 |
| Administration and conservation of public irrigation systems | 311 | 1,000 | 1,000 | 1,000 |
| Invoicing and collection for the electrical service and customer service | 5,282 | 6,480 | 6,480 | 14,130 |
| **Subtotal, permanent improvements, direct service** | **181,685** | **223,393** | **223,393** | **249,008** |
| | | | | |
| **Total, direct service** | **3,589,325** | **4,096,507** | **4,096,507** | **2,973,885** |

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

PUERTO RICO ELECTRIC POWER AUTHORITY

| | Expenses | Expenses | Allocated | Recom. |
|---|---:|---:|---:|---:|
| **Support service** | | | | |
| **Program** | | | | |
| **Operating expenses** | | | | |
| Technical and administrative support | 178,956 | 162,919 | 162,919 | 180,833 |
| General management and administration | 41,332 | 57,976 | 57,977 | 37,138 |
| **Subtotal, operating expenses, support service** | **220,288** | **220,895** | **220,896** | **217,971** |
| | | | | |
| **Permanent improvements** | Expenses | Expenses | Allocated | Recom. |
| Technical and administrative support | 14,813 | 18,163 | 18,163 | 6,250 |
| General management and administration | 3,382 | 4,150 | 4,150 | 20,010 |
| **Subtotal, permanent improvements, support service** | **18,195** | **22,313** | **22,313** | **26,260** |
| | | | | |
| **Total, support service** | **238,483** | **243,208** | **243,209** | **244,231** |
| | | | | |
| **Total, program** | **3,827,808** | **4,339,715** | **4,339,716** | **3,218,116** |
| | | | | |
| **Source of resources** | | | | |
| **Operating expenses** | | | | |
| Own income | 3,565,216 | 4,025,523 | 4,025,523 | 2,833,572 |
| Other income | 21,745 | 32,628 | 32,629 | 38,921 |
| **Subtotal, operating expenses** | **3,586,961** | **4,058,151** | **4,058,152** | **2,872,493** |
| | | | | |
| **Subsidies, incentives and donations** | | | | |
| Own income | 40,967 | 35,858 | 35,858 | 70,355 |
| **Subtotal, subsidies, incentives and donations** | **40,967** | **35,858** | **35,858** | **70,355** |
| | | | | |
| **Permanent improvements** | | | | |
| Own income | 35,381 | 224,285 | 224,285 | 250,676 |
| Loans and bonds issue | 164,499 | 21,421 | 21,421 | 24,592 |
| **Subtotal, permanent improvements** | **199,880** | **245,706** | **245,706** | **275,268** |
| **Total, source of resources** | **3,827,808** | **4,339,715** | **4,339,716** | **3,218,116** |

**Heading**



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

| Operating expenses | | | | |
|---|---:|---:|---:|---:|
| Payroll and related costs | 445,299 | 476,956 | 476,956 | 467,664 |
| Facilities and payments for public services | 9,656 | 8,991 | 8,991 | 9,970 |
| Purchased services | 790,934 | 878,618 | 878,618 | 824,827 |
| Donations, subsidies and distributions | 233,749 | 264,235 | 264,235 | 284,111 |
| Transportation expenses | 31,573 | 36,631 | 36,631 | 32,025 |
| Professional services | 5,345 | 10,514 | 10,515 | 33,028 |
| Other operating expenses | 147,830 | 124,625, | 124,625 | 131,850 |
| Materials and supplies | 1,922,364 | 2,257,388 | 2,257,388 | 1,088,437 |
| Ads and commercials in the media | 211 | 193 | 193 | 581 |
| **Subtotal, operating expenses** | **3,586,961** | **4,058,151** | **4,058,152** | **2,872,493** |
| | | | | |
| **Subsidies, incentives and donations** | | | | |
| Government entities | 40,967 | 35,858 | 35,858 | 70,355 |
| **Subtotal, subsidies, incentives and donations** | **40,967** | **35,858** | **35,858** | **70,355** |
| | | | | |
| **Permanent improvements** | | | | |
| Investment in permanent improvements | 199,880 | 245,706 | 245,706 | 275,268 |
| **Subtotal, permanent improvements** | **199,880** | **245,706** | **245,706** | **275,268** |
| **Total, heading** | **3,827,808** | **4,339,715** | **4,339,716** | **3,218,116** |

## DIRECT SERVICE PROGRAMS

## OPERATION OF THE ELECTRICAL SYSTEM AND ENGINEERING

### Description of the program

It generates energy to meet the demand that is needed at the lowest possible cost, through thermoelectric plants, combined cycles, cogenerators and other sources of renewable energy. In addition, it maintains the continuous and safe operation of the transmission lines that are interconnected to the electrical system, aligning them with the new laws and regulations. Furthermore, it maintains compliance with the Programs for the Conservation of the Transmission Lines and the Power Plants.

### Customers

Industrial, commercial, government and residential customers



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

PUERTO RICO ELECTRIC POWER AUTHORITY

**Budget breakdown**

| Budget (thousands of dollars) | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| **Source of resources** | | | | |
| **Operating expenses** | | | | |
| Own income | 2,813,700 | 3,231,419 | 3,231,419 | 2,024,464 |
| Other income | 18,414 | 28,127 | 28,127 | 33,533 |
| **Subtotal, operating expenses** | **2,832,114** | **3,259,546** | **3,259,546** | **2,057,997** |
| **Permanent improvements** | | | | |
| Own income | 12,186 | 77,580 | 77,580 | 73,944 |
| Loans and bonds issue | 57,157 | 7,443 | 7,443 | 7,313 |
| **Subtotal, permanent improvements** | **69,343** | **85,023** | **85,023** | **81,257** |
| **Total, source of resources** | **2,901,457** | **3,344,569** | **3,344,569** | **2,139,254** |
| **Heading** | | | | |
| **Operating expenses** | | | | |
| Payroll and related costs | 117,242 | 123,573 | 123,573 | 134,111 |
| Facilities and payments for public services | 6 | 0 | 0 | 0 |
| Purchased services | 790,801 | 873,351 | 873,351 | 820,324 |
| Transportation expenses | 5,849 | 5,833 | 5,833 | 4,494 |
| Professional services | 0 | 2,216 | 2,216 | 19,721 |
| Other operating expenses | 9,493 | 10,990 | 10,990 | 813 |
| Materials and supplies | 1,908,723 | 2,243,583 | 2,243,583 | 1,078,534 |
| **Subtotal, operating expenses** | **2,832,114** | **3,259,546** | **3,259,546** | **2,057,997** |
| **Permanent improvements** | | | | |
| Investment in permanent improvements | 69,343 | 85,023 | 85,023 | 81,257 |
| **Subtotal, permanent improvements** | **69,343** | **85,023** | **85,023** | **81,257** |
| **Total, heading** | **2,901,457** | **3,344,569** | **3,344,569** | **2,139,254** |

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

## TRANSMISSION AND DISTRIBUTION OF ELECTRICAL ENERGY

### Description of the program

It supplies electric power to the client from the power plants. This entails the operation, conservation and maintenance of 31,304.33 miles of distribution lines and 2,449.76 miles of transmission lines. It also entails the operation and maintenance of 173 transmission centers, 334 substations for the distribution, installation and maintenance of public lighting and the rural electrification phase.

### Customers

Industrial, commercial, government and residential customers

### Budget breakdown

| Budget (thousands of dollars) | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| **Source of resources** | | | | |
| **Operating expenses** | | | | |
| Own income | 181,871 | 194,508 | 194,508 | 189,842 |
| Other income | 1,190 | 1,693 | 1,693 | 2,089 |
| **Subtotal, operating expenses** | **183,061** | **196,201** | **196,201** | **191,931** |
| | | | | |
| **Permanent improvements** | | | | |
| Own income | 18,759 | 119,432 | 119,432 | 138,886 |
| Loans and bonds issue | 87,990 | 11,458 | 11,458 | 13,735 |
| **Subtotal, permanent improvements** | **106,749** | **130,890** | **130,890** | **152,621** |
| **Total, source of resources** | **289,810** | **327,091** | **327,091** | **344,552** |
| | | | | |
| **Heading** | | | | |
| **Operating expenses** | | | | |
| Payroll and related costs | 156,029 | 164,895 | 164,895 | 163,229 |
| Facilities and payments for public services | 7 | 0 | 0 | 0 |
| Purchased services | 27 | 108 | 108 | 0 |
| Transportation expenses | 18,066 | 21,872 | 21,872 | 21,452 |
| Professional services | 0 | 17 | 17 | 935 |
| Other operating expenses | 646 | 724 | 724 | 467 |
| Materials and supplies | 8,286 | 8,585 | 8,585 | 5,848 |



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

|  |  |  |  |  |
|---|---|---|---|---|
| **Subtotal, operating expenses** | **183,061** | **196,201** | **196,201** | **191,931** |
| **Permanent improvements** | | | | |
| Investment in permanent improvements | 106,749 | 130,890 | 130,890 | 152,621 |
| **Subtotal, permanent improvements** | **106,749** | **130,890** | **130,890** | **152,621** |
| **Total, heading** | **289,810** | **327,091** | **327,091** | **344,552** |

## ADMINISTRATION AND CONSERVATION OF PUBLIC IRRIGATION SYSTEMS

### Description of the program

It supplies water to farmers and to the Aqueduct and Sewer Authority (AAA), Applied Energy Services (AES) and other companies through irrigation canal systems and reservoirs in the municipalities of the northwest, the southwest and the south coast. Irrigation systems are composed of seven reservoirs with their dams, 327.72 miles of irrigation and drainage canals that provide irrigation service to 369 farmers and owners of 30,344 acres of agricultural land. In addition, it generates the movement of hydroelectric turbines to create electrical energy.

### Customers

Farmers, the Aqueduct and Sewer Authority and several companies

### Budget breakdown

| Budget (thousands of dollars) | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| **Source of resources** | | | | |
| **Operating expenses** | | | | |
| Own income | 8,778 | 12,600 | 12,600 | 15,019 |
| **Subtotal, operating expenses** | **8,778** | **12,600** | **12,600** | **15,019** |
| **Permanent improvements** | | | | |
| Own income | 311 | 1,000 | 1,000 | 1,000 |
| **Subtotal, permanent improvements** | **311** | **1,000** | **1,000** | **1,000** |
| **Total, source of resources** | **9,089** | **13,600** | **13,600** | **16,019** |

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

### Heading

| | | | | |
|---|---|---|---|---|
| **Operating expenses** | | | | |
| Payroll and related costs | 6,408 | 8,669 | 8,669 | 10,130 |
| Transportation expenses | 698 | 329 | 329 | 369 |
| Other operating expenses | 1,295 | 2,939 | 2,939 | 3,810 |
| Materials and supplies | 377 | 663 | 663 | 710 |
| **Subtotal, operating expenses** | **8,778** | **12,600** | **12,600** | **15,019** |
| | | | | |
| **Permanent improvements** | | | | |
| Investment in permanent improvements | 311 | 1,000 | 1,000 | 1,000 |
| **Subtotal, permanent improvements** | **311** | **1,000** | **1,000** | **1,000** |
| **Total, heading** | **9,089** | **13,600** | **13,600** | **16,019** |

## INVOICING AND COLLECTION FOR THE ELECTRICAL SERVICE AND CUSTOMER SERVICE

### Description of the program

It provides reading, billing and collection services. It also serves the service requests of residential, industrial customers and government agencies of Puerto Rico, its public corporations, municipalities and federal agencies. To meet these needs, it has 32 district offices and 33 local offices or modules, a collection center, a wholesale department, a remote measurement office and a call center.

### Customers

Industrial, commercial, government and residential customers

### Budget breakdown

| Budget (thousands of dollars) | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| | | | | |
| **Source of resources** | | | | |
| **Operating expenses** | | | | |
| Own income | 108,263 | 103,771 | 103,771 | 104,290 |
| Other income | 708 | 903 | 903 | 1,174 |
| **Subtotal, operating expenses** | **108,971** | **104,674** | **104,674** | **105,464** |


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

| | | | | |
|---|---:|---:|---:|---:|
| **Permanent improvements** | | | | |
| Own income | 928 | 5,913 | 5,913 | 12,859 |
| Loans and bonds issue | 4,354 | 567 | 567 | 1,271 |
| **Subtotal, permanent improvements** | **5,282** | **6,480** | **6,480** | **14,130** |
| **Total, source of resources** | **114,253** | **111,154** | **111,154** | **119,594** |
| | | | | |
| **Heading** | | | | |
| **Operating expenses** | | | | |
| Payroll and related costs | 96,089 | 92,392 | 92,392 | 94,424 |
| Purchased services | 4 | 1 | 1 | 0 |
| Transportation expenses | 6,239 | 6,670 | 6,670 | 4,738 |
| Professional services | 1,027 | 1,322 | 1,322 | 2,509 |
| Other operating expenses | 1,269 | 1,456 | 1,456 | 1,456 |
| Materials and supplies | 4,343 | 2,833 | 2,833 | 2,337 |
| **Subtotal, operating expenses** | **108,971** | **104,674** | **104,674** | **105,464** |
| | | | | |
| **Permanent improvements** | | | | |
| Investment in permanent improvements | 5,282 | 6,480 | 6,480 | 14,130 |
| **Subtotal, permanent improvements** | **5,282** | **6,480** | **6,480** | **14,130** |
| **Total, heading** | **114,253** | **111,154** | **111,154** | **119,594** |

## CONTRIBUTION TO THE GOVERNMENT OF PUERTO RICO

### Description of the program

It complies with Act No. 83 of May 12, 1941, as amended. This act provides that the Authority will separate 11% of its revenues from electricity sales to customers, which will be used to meet the contribution to municipalities (see the Contribution to Municipalities Program), fuel subsidy for residential customers, basic residential rate, hotels, agricultural services, religious entities (analogous rate), equipment to preserve life, rural electrification and to reduce the accumulated debt of the residential subsidy.

### Customers

Government agencies and clients who benefit from different subsidies, such as, low-income families, students, farmers, tourist entities, people who need continuous use of life-sustaining appliances and other subsidies approved by the Legislative Assembly.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

**Budget breakdown**

| Budget (thousands of dollars) | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| **Source of resources** | | | | |
| **Subsidies, incentives and donations** | | | | |
| Own income | 40,967 | 35,858 | 35,858 | 70,355 |
| **Subtotal, subsidies, incentives and donations** | **40,967** | **35,858** | **35,858** | **70,355** |
| **Total, source of resources** | **40,967** | **35,858** | **35,858** | **70,355** |
| | | | | |
| **Heading** | | | | |
| **Subsidies, incentives and donations** | | | | |
| Government entities | 40,967 | 35,858 | 35,858 | 70,355 |
| **Subtotal, subsidies, incentives and donations** | **40,967** | **35,858** | **35,858** | **70,355** |
| **Total, heading** | **40,967** | **35,858** | **35,858** | **70,355** |

## CONTRIBUTION TO MUNICIPALITIES

### Description of the program

It complies with Act No. 83 of May 12, 1941, as amended, which provides that the Electric Power Authority will separate from its net income and will annually pay to the municipalities an amount equal to (i) the actual energy consumption of each Municipality, or (ii) the average paid by the Authority as a contribution instead of taxes to the municipalities in the previous five fiscal years, or (iii) the twenty percent of the net adjusted income (net of subsidies), as defined in the Trust Agreement of 1974, whichever is greater of the three amounts.

### Customers

The municipalities of the Island to which the PREPA allocates a contribution in place of taxes (CELI, by its Spanish acronym).



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

**Budget breakdown**

| Budget (thousands of dollars) | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| **Source of resources** | | | | |
| **Operating expenses** | | | | |
| Own income | 233,749 | 264,235 | 264,235 | 284,111 |
| **Subtotal, operating expenses** | **233,749** | **264,235** | **264,235** | **284,111** |
| **Total, source of resources** | **233,749** | **264,235** | **264,235** | **284,111** |
| **Heading** | | | | |
| **Operating expenses** | | | | |
| Donations, subsidies and distributions | 233,749 | 264,235 | 264,235 | 284,111 |
| **Subtotal, operating expenses** | **233,749** | **264,235** | **264,235** | **284,111** |
| **Total, heading** | **233,749** | **264,235** | **264,235** | **284,111** |

## SUPPORT SERVICE PROGRAMS

### TECHNICAL AND ADMINISTRATIVE SUPPORT

**Description of the program**

It provides support with the technical, administrative, operational and fiscal responsibilities of the directors of the nine areas that make up the PREPA: Generation, transmission and distribution, customer service, finance, legal affairs, environmental planning and protection, human resources, executive and the Governing Board.

**Customers**

Electric Power Authority staff

**Budget breakdown**

| Budget (thousands of dollars) | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| **Source of resources** | | | | |
| Own income | 177,792 | 161,513 | 161,513 | 179,036 |



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

| | | | | |
|---|---:|---:|---:|---:|
| Other income | 1,164 | 1,406 | 1,406 | 1,797 |
| **Subtotal, operating expenses** | **178,956** | **162,919** | **162,919** | **180,833** |
| | | | | |
| **Permanent improvements** | | | | |
| Own income | 2,603 | 16,573 | 16,573 | 5,687 |
| Loans and bonds issue | 12,210 | 1,590 | 1,590 | 563 |
| **Subtotal, permanent improvements** | **14,813** | **18,163** | **18,163** | **6,250** |
| **Total, source of resources** | **193,769** | **181,082** | **181,082** | **187,083** |
| | | | | |
| **Heading** | | | | |
| **Operating expenses** | | | | |
| Payroll and related costs | 38,372 | 42,022 | 42,022 | 34,499 |
| Facilities and payments for public services | 9,642 | 8,991 | 8,991 | 9,970 |
| Purchased services | 81 | 5,013 | 5,013 | 4,503 |
| Transportation expenses | 314 | 460 | 460 | 358 |
| Professional services | 4,318 | 6,217 | 6,217 | 9,303 |
| Other operating expenses | 125,845 | 99,739 | 99,739 | 121,306 |
| Materials and supplies | 173 | 284 | 284 | 313 |
| Ads and commercials in the media | 211 | 193 | 193 | 581 |
| **Subtotal, operating expenses** | **178,956** | **162,919** | **162,919** | **180,833** |
| | | | | |
| **Permanent improvements** | | | | |
| Investment in permanent improvements | 14,813 | 18,163 | 18,163 | 6,250 |
| **Subtotal, permanent improvements** | **14,813** | **18,163** | **18,163** | **6,250** |
| **Total, heading** | **193,769** | **181,082** | **181,082** | **187,083** |

## GENERAL MANAGEMENT AND ADMINISTRATION

### Description of the program

It executes the public policy and the operation, maintenance, construction and administration through the services offered by the Governing Board of the Authority and the Office of the Executive Director.

### Customers

Employees of the Electric Power Authority



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

**Budget breakdown**

| Budget (thousands of dollars) | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| **Source of resources** | | | | |
| **Operating expenses** | | | | |
| Own income | 41,063 | 57,477 | 57,477 | 36,810 |
| Other income | 269 | 499 | 500 | 328 |
| **Subtotal, operating expenses** | **41,332** | **57,976** | **57,977** | **37,138** |
| **Permanent improvements** | | | | |
| Own income | 594 | 3,787 | 3,787 | 18,300 |
| Loans and bonds issue | 2,788 | 363 | 363 | 1,710 |
| **Subtotal, permanent improvements** | **3,382** | **4,150** | **4,150** | **20,010** |
| **Total, source of resources** | **44,714** | **62,126** | **62,127** | **57,148** |
| **Heading** | | | | |
| **Operating expenses** | | | | |
| Payroll and related costs | 31,159 | 45,405 | 45,405 | 31,271 |
| Facilities and payments for public services | 1 | 0 | 0 | 0 |
| Purchased services | 21 | 145 | 145 | 0 |
| Transportation expenses | 407 | 1,467 | 1,467 | 614 |
| Professional services | 0 | 742 | 743 | 560 |
| Other operating expenses | 9,282 | 8,777 | 8,777 | 3,998 |
| Materials and supplies | 462 | 1,440 | 1,440 | 695 |
| **Subtotal, operating expenses** | **41,332** | **57,976** | **57,977** | **37,138** |
| **Permanent improvements** | | | | |
| Investment in permanent improvements | 3,382 | 4,150 | 4,150 | 20,010 |
| **Subtotal, permanent improvements** | **3,382** | **4,150** | **4,150** | **20,010** |
| **Total, heading** | **44,714** | **62,126** | **62,127** | **57,148** |

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.