# **EXHIBIT J-2**

## AUTORIDAD DE ENERGÍA ELÉCTRICA

### BASE LEGAL

La Ley Núm. 83 de 2 de mayo de 1941, según enmendada, conocida como "Ley de la Autoridad de Energía Eléctrica de Puerto Rico", crea la Autoridad, como una corporación pública e instrumentalidad gubernamental autónoma del Estado Libre Asociado de Puerto Rico. La misma tiene el deber de proveer energía eléctrica de forma confiable, aportando al bienestar general y al futuro sostenible del pueblo de Puerto Rico, maximizando los beneficios y minimizando los impactos sociales, ambientales y económicos.

### MISIÓN

Proveer el servicio de energía eléctrica a los clientes en la forma más eficiente, económica y confiable en armonía con el ambiente, la salud y la seguridad.

### RECURSOS HUMANOS

| Puestos Ocupados y Propuestos | 2015 | 2016 | 2017 | | 2018 |
| --- | --- | --- | --- | --- | --- |
| | Sept./14 | Sept./15 | Sept./16 | Feb./17 | Proy. |
| Cantidad total de puestos | 7,311 | 6,840 | 6,537 | 6,434 | 6,434 |

Los datos provienen del Informe de Puestos Ocupados certificado por la Agencia al 30 de septiembre de cada año fiscal. El número correspondiente al Año Fiscal 2017-2018 es proyectado durante el proceso presupuestario.

### PRESUPUESTO RECOMENDADO PARA EL AÑO FISCAL 2017-2018

El presupuesto recomendado para el Año Fiscal 2017-2018 está basado en la metodología de Presupuesto Base Cero (PBC) conforme a la Política Pública establecida en el Boletín Administrativo Núm. OE-2017-05. El PBC es una estrategia presupuestaria y de política fiscal cuyo objetivo fundamental es lograr que un gobierno no pueda gastar más de lo que recauda, limitando así el incremento de la deuda pública y garantizando la sostenibilidad de las finanzas públicas tanto a corto como a largo plazo. Como parte de este proceso, se contempla evaluar y justificar anualmente todos los programas y gastos de los departamentos, agencias o instrumentalidades del gobierno partiendo de cero, sin tomar en consideración las asignaciones presupuestarias de años anteriores. Esto facilita la búsqueda de nuevas formas de ofrecer servicios más eficientes y efectivos que permitan una mejora en la calidad de los servicios, la eliminación de duplicidad en los ofrecimientos de servicios y una reducción en los gastos.

El presupuesto recomendado está acorde al Plan Fiscal aprobado por la Junta de Supervisión y Administración Financiera, según establece la Sección 201 de la Ley de Supervisión, Administración, y Estabilidad Económica de Puerto Rico (Puerto Rico Oversight, Management and Economic Stability Act of 2016, en adelante "PROMESA", por sus siglas en inglés), Pub. L. No. 114-187, 130 Stat. 2183 (2016).

El presupuesto consolidado recomendado para el Año Fiscal 2017-2018 asciende a $3,218,116,000. Los recursos incluyen $3,154,603,000 provenientes de Ingresos Propios, $38,921,000 de Otros Ingresos y $24,592,000 de Préstamos y Emisiones de Bonos. Los Ingresos Propios provienen de la venta de energía eléctrica. Estos recursos

## AUTORIDAD DE ENERGÍA ELÉCTRICA

se utilizan para cubrir los gastos operacionales de la Autoridad, compra de combustible y el desarrollo de las mejoras permanentes. Los Otros Ingresos provienen de las ganancias obtenidas por concepto de inversiones en el mercado de valores, aportaciones de clientes para financiar proyectos de infraestructura, cargos por demora en el pago del servicio que se factura y otras multas. Estos recursos permiten sufragar los gastos operacionales, tales como: nómina y costos relacionados, servicios comprados y, materiales y suministros.

Los gastos de funcionamiento permitirán el cumplimiento con los deberes ministeriales cónsono con la aplicación de la política pública establecida en los Boletines Administrativos Núm. OE-2017-01, OE-2017-09 y el Plan Fiscal aprobado por la Junta de Supervisión y Administración Financiera creada bajo PROMESA.

### RESUMEN DE LOS RECURSOS CONSOLIDADOS DE LA AGENCIA

| Presupuesto Consolidado  (en miles de dólares) | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| **Servicio Directo** | | | | |
| **Programa** | | | | |
| **Gastos de Funcionamiento** | **Gasto** | **Gasto** | **Asig.** | **Recom.** |
| Operación del Sistema Eléctrico e Ingeniería | 2,832,114 | 3,259,546 | 3,259,546 | 2,057,997 |
| Transmisión y Distribución de Energía Eléctrica | 183,061 | 196,201 | 196,201 | 191,931 |
| Administración y Conservación de los Sistemas de Riego Público | 8,778 | 12,600 | 12,600 | 15,019 |
| Facturación y Cobro del Servicio Eléctrico y Atención al Cliente | 108,971 | 104,674 | 104,674 | 105,464 |
| Contribución a los Municipios | 233,749 | 264,235 | 264,235 | 284,111 |
| **Subtotal, Gastos de Funcionamiento, Servicio Directo** | **3,366,673** | **3,837,256** | **3,837,256** | **2,654,522** |
| | | | | |
| **Subsidios, Incentivos y Donativos** | **Gasto** | **Gasto** | **Asig.** | **Recom.** |
| Contribución al Gobierno de Puerto Rico | 40,967 | 35,858 | 35,858 | 70,355 |
| **Subtotal, Subsidios, Incentivos y Donativos, Servicio Directo** | **40,967** | **35,858** | **35,858** | **70,355** |
| | | | | |
| **Mejoras Permanentes** | **Gasto** | **Gasto** | **Asig.** | **Recom.** |
| Operación del Sistema Eléctrico e Ingeniería | 69,343 | 85,023 | 85,023 | 81,257 |
| Transmisión y Distribución de Energía Eléctrica | 106,749 | 130,890 | 130,890 | 152,621 |
| Administración y Conservación de los Sistemas de Riego Público | 311 | 1,000 | 1,000 | 1,000 |
| Facturación y Cobro del Servicio Eléctrico y Atención al Cliente | 5,282 | 6,480 | 6,480 | 14,130 |
| **Subtotal, Mejoras Permanentes, Servicio Directo** | **181,685** | **223,393** | **223,393** | **249,008** |
| | | | | |
| **Total, Servicio Directo** | **3,589,325** | **4,096,507** | **4,096,507** | **2,973,885** |

## AUTORIDAD DE ENERGÍA ELÉCTRICA

**Servicio de Apoyo**

**Programa**

| Gastos de Funcionamiento | Gasto | Gasto | Asig. | Recom. |
|---|---|---|---|---|
| Apoyo Técnico y Administrativo | 178,956 | 162,919 | 162,919 | 180,833 |
| Dirección y Administración General | 41,332 | 57,976 | 57,977 | 37,138 |
| **Subtotal, Gastos de Funcionamiento, Servicio de Apoyo** | **220,288** | **220,895** | **220,896** | **217,971** |

| Mejoras Permanentes | Gasto | Gasto | Asig. | Recom. |
|---|---|---|---|---|
| Apoyo Técnico y Administrativo | 14,813 | 18,163 | 18,163 | 6,250 |
| Dirección y Administración General | 3,382 | 4,150 | 4,150 | 20,010 |
| **Subtotal, Mejoras Permanentes, Servicio de Apoyo** | **18,195** | **22,313** | **22,313** | **26,260** |

| | | | | |
|---|---|---|---|---|
| **Total, Servicio de Apoyo** | **238,483** | **243,208** | **243,209** | **244,231** |
| **Total, Programa** | **3,827,808** | **4,339,715** | **4,339,716** | **3,218,116** |

**Origen de Recursos**

**Gastos de Funcionamiento**

| | | | | |
|---|---|---|---|---|
| Ingresos Propios | 3,565,216 | 4,025,523 | 4,025,523 | 2,833,572 |
| Otros Ingresos | 21,745 | 32,628 | 32,629 | 38,921 |
| **Subtotal, Gastos de Funcionamiento** | **3,586,961** | **4,058,151** | **4,058,152** | **2,872,493** |

**Subsidios, Incentivos y Donativos**

| | | | | |
|---|---|---|---|---|
| Ingresos Propios | 40,967 | 35,858 | 35,858 | 70,355 |
| **Subtotal, Subsidios, Incentivos y Donativos** | **40,967** | **35,858** | **35,858** | **70,355** |

**Mejoras Permanentes**

| | | | | |
|---|---|---|---|---|
| Ingresos Propios | 35,381 | 224,285 | 224,285 | 250,676 |
| Préstamos y Emisiones de Bonos | 164,499 | 21,421 | 21,421 | 24,592 |
| **Subtotal, Mejoras Permanentes** | **199,880** | **245,706** | **245,706** | **275,268** |
| **Total, Origen de Recursos** | **3,827,808** | **4,339,715** | **4,339,716** | **3,218,116** |

**Concepto**

## AUTORIDAD DE ENERGÍA ELÉCTRICA

**Gastos de Funcionamiento**

| | | | | |
|---|---|---|---|---|
| Nómina y Costos Relacionados | 445,299 | 476,956 | 476,956 | 467,664 |
| Facilidades y Pagos por Servicios Públicos | 9,656 | 8,991 | 8,991 | 9,970 |
| Servicios Comprados | 790,934 | 878,618 | 878,618 | 824,827 |
| Donativos, Subsidios y Distribuciones | 233,749 | 264,235 | 264,235 | 284,111 |
| Gastos de Transportación | 31,573 | 36,631 | 36,631 | 32,025 |
| Servicios Profesionales | 5,345 | 10,514 | 10,515 | 33,028 |
| Otros Gastos Operacionales | 147,830 | 124,625 | 124,625 | 131,850 |
| Materiales y Suministros | 1,922,364 | 2,257,388 | 2,257,388 | 1,088,437 |
| Anuncios y Pautas en Medios | 211 | 193 | 193 | 581 |
| **Subtotal, Gastos de Funcionamiento** | **3,586,961** | **4,058,151** | **4,058,152** | **2,872,493** |

**Subsidios, Incentivos y Donativos**

| | | | | |
|---|---|---|---|---|
| Entidades Gubernamentales | 40,967 | 35,858 | 35,858 | 70,355 |
| **Subtotal, Subsidios, Incentivos y Donativos** | **40,967** | **35,858** | **35,858** | **70,355** |

**Mejoras Permanentes**

| | | | | |
|---|---|---|---|---|
| Inversión en Mejoras Permanentes | 199,880 | 245,706 | 245,706 | 275,268 |
| **Subtotal, Mejoras Permanentes** | **199,880** | **245,706** | **245,706** | **275,268** |
| **Total, Concepto** | **3,827,808** | **4,339,715** | **4,339,716** | **3,218,116** |

### PROGRAMAS DE SERVICIO DIRECTO

#### Operación del Sistema Eléctrico e Ingeniería

**Descripción del Programa**

Genera energía para satisfacer la demanda que se necesita al menor costo posible, a través de las centrales termoeléctricas, ciclos combinados, cogeneradores y otras fuentes de energía renovable. Además, mantiene la operación continua y segura de las líneas de transmisión que se interconectan al sistema eléctrico, atemperándolas con las nuevas leyes y reglamentaciones; y manteniendo el cumplimiento con los Programas de Conservación de Líneas de Transmisión y Centrales Generatrices.

**Clientela**

Clientes industriales, comerciales, gubernamentales y residenciales.

## AUTORIDAD DE ENERGÍA ELÉCTRICA

**Desglose de Presupuesto**

| Presupuesto (en miles de dólares) | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| **Origen de Recursos** | | | | |
| **Gastos de Funcionamiento** | | | | |
| Ingresos Propios | 2,813,700 | 3,231,419 | 3,231,419 | 2,024,464 |
| Otros Ingresos | 18,414 | 28,127 | 28,127 | 33,533 |
| **Subtotal, Gastos de Funcionamiento** | **2,832,114** | **3,259,546** | **3,259,546** | **2,057,997** |
| | | | | |
| **Mejoras Permanentes** | | | | |
| Ingresos Propios | 12,186 | 77,580 | 77,580 | 73,944 |
| Préstamos y Emisiones de Bonos | 57,157 | 7,443 | 7,443 | 7,313 |
| **Subtotal, Mejoras Permanentes** | **69,343** | **85,023** | **85,023** | **81,257** |
| **Total, Origen de Recursos** | **2,901,457** | **3,344,569** | **3,344,569** | **2,139,254** |
| | | | | |
| **Concepto** | | | | |
| **Gastos de Funcionamiento** | | | | |
| Nómina y Costos Relacionados | 117,242 | 123,573 | 123,573 | 134,111 |
| Facilidades y Pagos por Servicios Públicos | 6 | 0 | 0 | 0 |
| Servicios Comprados | 790,801 | 873,351 | 873,351 | 820,324 |
| Gastos de Transportación | 5,849 | 5,833 | 5,833 | 4,494 |
| Servicios Profesionales | 0 | 2,216 | 2,216 | 19,721 |
| Otros Gastos Operacionales | 9,493 | 10,990 | 10,990 | 813 |
| Materiales y Suministros | 1,908,723 | 2,243,583 | 2,243,583 | 1,078,534 |
| **Subtotal, Gastos de Funcionamiento** | **2,832,114** | **3,259,546** | **3,259,546** | **2,057,997** |
| | | | | |
| **Mejoras Permanentes** | | | | |
| Inversión en Mejoras Permanentes | 69,343 | 85,023 | 85,023 | 81,257 |
| **Subtotal, Mejoras Permanentes** | **69,343** | **85,023** | **85,023** | **81,257** |
| **Total, Concepto** | **2,901,457** | **3,344,569** | **3,344,569** | **2,139,254** |

# AUTORIDAD DE ENERGÍA ELÉCTRICA

**TRANSMISIÓN Y DISTRIBUCIÓN DE ENERGÍA ELÉCTRICA**

**Descripción del Programa**

Suple energía eléctrica al cliente desde las centrales generatrices. Esto conlleva la operación, conservación y mantenimiento de 31,304.33 millas de líneas de distribución y 2,449.76 millas de líneas de transmisión; así como la operación y conservación de 173 centros de transmisión, 334 subestaciones de distribución, instalación y conservación del alumbrado público y la fase de electrificación rural.

**Clientela**

Clientes industriales, comerciales, gubernamentales y residenciales.

**Desglose de Presupuesto**

| Presupuesto (en miles de dólares) | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| **Origen de Recursos** | | | | |
| **Gastos de Funcionamiento** | | | | |
| Ingresos Propios | 181,871 | 194,508 | 194,508 | 189,842 |
| Otros Ingresos | 1,190 | 1,693 | 1,693 | 2,089 |
| **Subtotal, Gastos de Funcionamiento** | **183,061** | **196,201** | **196,201** | **191,931** |
| | | | | |
| **Mejoras Permanentes** | | | | |
| Ingresos Propios | 18,759 | 119,432 | 119,432 | 138,886 |
| Préstamos y Emisiones de Bonos | 87,990 | 11,458 | 11,458 | 13,735 |
| **Subtotal, Mejoras Permanentes** | **106,749** | **130,890** | **130,890** | **152,621** |
| **Total, Origen de Recursos** | **289,810** | **327,091** | **327,091** | **344,552** |
| | | | | |
| **Concepto** | | | | |
| **Gastos de Funcionamiento** | | | | |
| Nómina y Costos Relacionados | 156,029 | 164,895 | 164,895 | 163,229 |
| Facilidades y Pagos por Servicios Públicos | 7 | 0 | 0 | 0 |
| Servicios Comprados | 27 | 108 | 108 | 0 |
| Gastos de Transportación | 18,066 | 21,872 | 21,872 | 21,452 |
| Servicios Profesionales | 0 | 17 | 17 | 935 |
| Otros Gastos Operacionales | 646 | 724 | 724 | 467 |
| Materiales y Suministros | 8,286 | 8,585 | 8,585 | 5,848 |

# AUTORIDAD DE ENERGÍA ELÉCTRICA

| | | | | |
|---|---|---|---|---|
| **Subtotal, Gastos de Funcionamiento** | 183,061 | 196,201 | 196,201 | 191,931 |
| **Mejoras Permanentes** | | | | |
| Inversión en Mejoras Permanentes | 106,749 | 130,890 | 130,890 | 152,621 |
| **Subtotal, Mejoras Permanentes** | 106,749 | 130,890 | 130,890 | 152,621 |
| **Total, Concepto** | 289,810 | 327,091 | 327,091 | 344,552 |

### ADMINISTRACIÓN Y CONSERVACIÓN DE LOS SISTEMAS DE RIEGO PÚBLICO

**Descripción del Programa**

Suple agua a agricultores y a la Autoridad de Acueductos y Alcantarillados (AAA), "Applied Energy Services" (AES) y otras empresas mediante los sistemas de canales de riego y embalses en los municipios del Noroeste, el Suroeste y Costa Sur. Los sistemas de riego se componen de siete embalses con sus represas, 327.72 millas de canales de riego y desagüe que ofrecen servicio de riego a 369 agricultores y propietarios de 30,344 acres de terreno dedicados a la agricultura. Además, genera el movimiento de turbinas hidroeléctricas para crear energía eléctrica.

**Clientela**

Agricultores, la Autoridad de Acueductos y Alcantarillados y varias empresas.

**Desglose de Presupuesto**

| Presupuesto (en miles de dólares) | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| **Origen de Recursos** | | | | |
| **Gastos de Funcionamiento** | | | | |
| Ingresos Propios | 8,778 | 12,600 | 12,600 | 15,019 |
| **Subtotal, Gastos de Funcionamiento** | 8,778 | 12,600 | 12,600 | 15,019 |
| **Mejoras Permanentes** | | | | |
| Ingresos Propios | 311 | 1,000 | 1,000 | 1,000 |
| **Subtotal, Mejoras Permanentes** | 311 | 1,000 | 1,000 | 1,000 |
| **Total, Origen de Recursos** | 9,089 | 13,600 | 13,600 | 16,019 |

# AUTORIDAD DE ENERGÍA ELÉCTRICA

### Concepto

| | | | | |
|---|---|---|---|---|
| **Gastos de Funcionamiento** | | | | |
| Nómina y Costos Relacionados | 6,408 | 8,669 | 8,669 | 10,130 |
| Gastos de Transportación | 698 | 329 | 329 | 369 |
| Otros Gastos Operacionales | 1,295 | 2,939 | 2,939 | 3,810 |
| Materiales y Suministros | 377 | 663 | 663 | 710 |
| **Subtotal, Gastos de Funcionamiento** | **8,778** | **12,600** | **12,600** | **15,019** |
| | | | | |
| **Mejoras Permanentes** | | | | |
| Inversión en Mejoras Permanentes | 311 | 1,000 | 1,000 | 1,000 |
| **Subtotal, Mejoras Permanentes** | **311** | **1,000** | **1,000** | **1,000** |
| **Total, Concepto** | **9,089** | **13,600** | **13,600** | **16,019** |

### Facturación y Cobro del Servicio Eléctrico y Atención al Cliente

**Descripción del Programa**

Provee servicios de lectura, facturación y cobro; y atiende las solicitudes de servicio de los clientes residenciales, industriales y los organismos del Gobierno de Puerto Rico, sus corporaciones públicas, municipios y agencias federales. Para atender estas necesidades, cuenta con 32 oficinas de distrito y 33 oficinas locales o módulos, un Centro de Cobros, un Departamento de Ventas al por Mayor, una Oficina de Medición Remota y un Centro de Teléfonos.

**Clientela**

Clientes industriales, comerciales, gubernamentales y residenciales.

**Desglose de Presupuesto**

| Presupuesto (en miles de dólares) | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| **Origen de Recursos** | | | | |
| **Gastos de Funcionamiento** | | | | |
| Ingresos Propios | 108,263 | 103,771 | 103,771 | 104,290 |
| Otros Ingresos | 708 | 903 | 903 | 1,174 |
| **Subtotal, Gastos de Funcionamiento** | **108,971** | **104,674** | **104,674** | **105,464** |

# AUTORIDAD DE ENERGÍA ELÉCTRICA

**Mejoras Permanentes**

| | | | | |
|---|---|---|---|---|
| Ingresos Propios | 928 | 5,913 | 5,913 | 12,859 |
| Préstamos y Emisiones de Bonos | 4,354 | 567 | 567 | 1,271 |
| **Subtotal, Mejoras Permanentes** | **5,282** | **6,480** | **6,480** | **14,130** |
| **Total, Origen de Recursos** | **114,253** | **111,154** | **111,154** | **119,594** |

**Concepto**

**Gastos de Funcionamiento**

| | | | | |
|---|---|---|---|---|
| Nómina y Costos Relacionados | 96,089 | 92,392 | 92,392 | 94,424 |
| Servicios Comprados | 4 | 1 | 1 | 0 |
| Gastos de Transportación | 6,239 | 6,670 | 6,670 | 4,738 |
| Servicios Profesionales | 1,027 | 1,322 | 1,322 | 2,509 |
| Otros Gastos Operacionales | 1,269 | 1,456 | 1,456 | 1,456 |
| Materiales y Suministros | 4,343 | 2,833 | 2,833 | 2,337 |
| **Subtotal, Gastos de Funcionamiento** | **108,971** | **104,674** | **104,674** | **105,464** |

**Mejoras Permanentes**

| | | | | |
|---|---|---|---|---|
| Inversión en Mejoras Permanentes | 5,282 | 6,480 | 6,480 | 14,130 |
| **Subtotal, Mejoras Permanentes** | **5,282** | **6,480** | **6,480** | **14,130** |
| **Total, Concepto** | **114,253** | **111,154** | **111,154** | **119,594** |

## CONTRIBUCIÓN AL GOBIERNO DE PUERTO RICO

**Descripción del Programa**

Cumple con la Ley Núm. 83 de 12 de mayo de 1941, según enmendada. Esta dispone que la Autoridad separará un 11% de sus ingresos de las ventas de electricidad a los clientes, que se utilizará para cumplir con la contribución a los municipios (ver Programa de Contribución a los Municipios), subsidio de combustible para clientes residenciales, tarifa básica residencial, hoteles, servicios agrícolas, entidades religiosas (tarifa análoga), equipos para preservar la vida, electrificación rural y reducir la deuda acumulada del subsidio residencial.

**Clientela**

Las agencias gubernamentales y los clientes que se benefician de los diferentes subsidios, tales como: familias de bajos niveles económicos, estudiantes, agricultores, entidades turísticas, personas que necesitan de uso continuo de artefactos eléctricos para mantener la vida y otros subsidios aprobados por la Asamblea Legislativa.

# AUTORIDAD DE ENERGÍA ELÉCTRICA

**Desglose de Presupuesto**

| Presupuesto (en miles de dólares) | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| **Origen de Recursos** | | | | |
| **Subsidios, Incentivos y Donativos** | | | | |
| Ingresos Propios | 40,967 | 35,858 | 35,858 | 70,355 |
| **Subtotal, Subsidios, Incentivos y Donativos** | 40,967 | 35,858 | 35,858 | 70,355 |
| **Total, Origen de Recursos** | 40,967 | 35,858 | 35,858 | 70,355 |
| **Concepto** | | | | |
| **Subsidios, Incentivos y Donativos** | | | | |
| Entidades Gubernamentales | 40,967 | 35,858 | 35,858 | 70,355 |
| **Subtotal, Subsidios, Incentivos y Donativos** | 40,967 | 35,858 | 35,858 | 70,355 |
| **Total, Concepto** | 40,967 | 35,858 | 35,858 | 70,355 |

## CONTRIBUCIÓN A LOS MUNICIPIOS

**Descripción del Programa**

Cumple con la Ley Núm. 83 de 12 de mayo de 1941, según enmendada, la cual dispone que la Autoridad de Energía Eléctrica separará de sus ingresos netos y pagará anualmente a los municipios, una cantidad igual (i) al consumo de energía real de cada municipio, o (ii) al promedio pagado por la Autoridad como aportación en lugar de impuesto a los municipios en los cinco años fiscales anteriores, o (iii) al veinte por ciento de los ingresos netos ajustados (neto de subsidios), según definidos en el Contrato de Fideicomiso de 1974, cual de las tres cantidades sea mayor.

**Clientela**

Los municipios de la Isla a los que la AEE les aporta una Contribución en Lugar de Impuestos (CELI).

## AUTORIDAD DE ENERGÍA ELÉCTRICA

**Desglose de Presupuesto**

| Presupuesto (en miles de dólares) | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| **Origen de Recursos** | | | | |
| **Gastos de Funcionamiento** | | | | |
| Ingresos Propios | 233,749 | 264,235 | 264,235 | 284,111 |
| **Subtotal, Gastos de Funcionamiento** | **233,749** | **264,235** | **264,235** | **284,111** |
| **Total, Origen de Recursos** | **233,749** | **264,235** | **264,235** | **284,111** |
| **Concepto** | | | | |
| **Gastos de Funcionamiento** | | | | |
| Donativos, Subsidios y Distribuciones | 233,749 | 264,235 | 264,235 | 284,111 |
| **Subtotal, Gastos de Funcionamiento** | **233,749** | **264,235** | **264,235** | **284,111** |
| **Total, Concepto** | **233,749** | **264,235** | **264,235** | **284,111** |

## PROGRAMAS DE SERVICIO DE APOYO

### APOYO TÉCNICO Y ADMINISTRATIVO

**Descripción del Programa**

Brinda apoyo en las responsabilidades técnicas, administrativas, operacionales y fiscales a los nueve directorados que componen a la AEE: Generación, Transmisión y Distribución, Servicio al Cliente, Finanzas, Asuntos Jurídicos, Planificación y Protección Ambiental, Recursos Humanos, Ejecutivo y a la Junta de Gobierno.

**Clientela**

Personal de la Autoridad de Energía Eléctrica

**Desglose de Presupuesto**

| Presupuesto (en miles de dólares) | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| **Origen de Recursos** | | | | |
| **Gastos de Funcionamiento** | | | | |
| Ingresos Propios | 177,792 | 161,513 | 161,513 | 179,036 |

## AUTORIDAD DE ENERGÍA ELÉCTRICA

| | | | | |
|---|---:|---:|---:|---:|
| Otros Ingresos | 1,164 | 1,406 | 1,406 | 1,797 |
| **Subtotal, Gastos de Funcionamiento** | **178,956** | **162,919** | **162,919** | **180,833** |
| | | | | |
| **Mejoras Permanentes** | | | | |
| Ingresos Propios | 2,603 | 16,573 | 16,573 | 5,687 |
| Préstamos y Emisiones de Bonos | 12,210 | 1,590 | 1,590 | 563 |
| **Subtotal, Mejoras Permanentes** | **14,813** | **18,163** | **18,163** | **6,250** |
| **Total, Origen de Recursos** | **193,769** | **181,082** | **181,082** | **187,083** |
| | | | | |
| **Concepto** | | | | |
| **Gastos de Funcionamiento** | | | | |
| Nómina y Costos Relacionados | 38,372 | 42,022 | 42,022 | 34,499 |
| Facilidades y Pagos por Servicios Públicos | 9,642 | 8,991 | 8,991 | 9,970 |
| Servicios Comprados | 81 | 5,013 | 5,013 | 4,503 |
| Gastos de Transportación | 314 | 460 | 460 | 358 |
| Servicios Profesionales | 4,318 | 6,217 | 6,217 | 9,303 |
| Otros Gastos Operacionales | 125,845 | 99,739 | 99,739 | 121,306 |
| Materiales y Suministros | 173 | 284 | 284 | 313 |
| Anuncios y Pautas en Medios | 211 | 193 | 193 | 581 |
| **Subtotal, Gastos de Funcionamiento** | **178,956** | **162,919** | **162,919** | **180,833** |
| | | | | |
| **Mejoras Permanentes** | | | | |
| Inversión en Mejoras Permanentes | 14,813 | 18,163 | 18,163 | 6,250 |
| **Subtotal, Mejoras Permanentes** | **14,813** | **18,163** | **18,163** | **6,250** |
| **Total, Concepto** | **193,769** | **181,082** | **181,082** | **187,083** |

DIRECCIÓN Y ADMINISTRACIÓN GENERAL

**Descripción del Programa**

Ejecuta la política pública y la operación, mantenimiento, construcción y administración a través de los servicios ofrecidos por la Junta de Gobierno de la Autoridad y la Oficina del Director Ejecutivo.

**Clientela**

Empleados de la Autoridad de Energía Eléctrica.

# AUTORIDAD DE ENERGÍA ELÉCTRICA

**Desglose de Presupuesto**

| Presupuesto (en miles de dólares) | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| **Origen de Recursos** | | | | |
| **Gastos de Funcionamiento** | | | | |
| Ingresos Propios | 41,063 | 57,477 | 57,477 | 36,810 |
| Otros Ingresos | 269 | 499 | 500 | 328 |
| **Subtotal, Gastos de Funcionamiento** | **41,332** | **57,976** | **57,977** | **37,138** |
| | | | | |
| **Mejoras Permanentes** | | | | |
| Ingresos Propios | 594 | 3,787 | 3,787 | 18,300 |
| Préstamos y Emisiones de Bonos | 2,788 | 363 | 363 | 1,710 |
| **Subtotal, Mejoras Permanentes** | **3,382** | **4,150** | **4,150** | **20,010** |
| **Total, Origen de Recursos** | **44,714** | **62,126** | **62,127** | **57,148** |
| | | | | |
| **Concepto** | | | | |
| **Gastos de Funcionamiento** | | | | |
| Nómina y Costos Relacionados | 31,159 | 45,405 | 45,405 | 31,271 |
| Facilidades y Pagos por Servicios Públicos | 1 | 0 | 0 | 0 |
| Servicios Comprados | 21 | 145 | 145 | 0 |
| Gastos de Transportación | 407 | 1,467 | 1,467 | 614 |
| Servicios Profesionales | 0 | 742 | 743 | 560 |
| Otros Gastos Operacionales | 9,282 | 8,777 | 8,777 | 3,998 |
| Materiales y Suministros | 462 | 1,440 | 1,440 | 695 |
| **Subtotal, Gastos de Funcionamiento** | **41,332** | **57,976** | **57,977** | **37,138** |
| | | | | |
| **Mejoras Permanentes** | | | | |
| Inversión en Mejoras Permanentes | 3,382 | 4,150 | 4,150 | 20,010 |
| **Subtotal, Mejoras Permanentes** | **3,382** | **4,150** | **4,150** | **20,010** |
| **Total, Concepto** | **44,714** | **62,126** | **62,127** | **57,148** |