# **EXHIBIT K-1**

CERTIFIED TRANSLATION

PUERTO RICO SENATE
DIARY OF SESSIONS

TRANSCRIPT OF THE

PUBLIC HEARING
IN REGARDS TO S. RES. 600

LED BY THE

COMMITTEE ON ENERGY AFFAIRS AND WATER RESOURCES

HELD ON TUESDAY, APRIL 14, 2015

PRESIDED BY THE

HONORABLE RAMÓN L. NIEVES-PÉREZ



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

MR. PRESIDENT (HON. NIEVES-PÉREZ): And the truth is that, for the questions that are addressed to Mrs. Donahue, I will not allow interruptions nor will I allow any claim of any kind by either the Bank or the Board.
ENGINEER RODRIGUEZ-GARCÍA: We are clear.
MR. PRESIDENT (HON. NIEVES-PÉREZ): Are we clear?
ENGINEER RODRIGUEZ GARCÍA: Totally clear.
MR. PRESIDENT (HON. NIEVES-PÉREZ): Very well.
One-minute break.

BREAK

DEPOSITION OF MRS. LISA DONAHUE
RESTRUCTURING OFFICER OF THE ELECTRIC POWER AUTHORITY

MR. PRESIDENT (HON. NIEVES-PÉREZ): Miss Donahue, whenever you are ready to provide your testimony, go ahead.
Could you, please? The microphone. Thank you. Go ahead.
MS. DONAHUE: Thank you.
Good morning, President of the Senate Eduardo Bhatia, President of the Commission Ramón Luis Nieves and Members of the Commission. My name is Lisa Donahue and I am the Chief Restructuring Officer of the Puerto Rico Electric Power Authority, known as "PREPA". I am also a Managing Director and global leader of the Turnaround and Restructuring Practice at

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.