*Hearing Date: August 9, 2017, 9:30 a.m. (Prevailing Eastern Time)*
*Proposed Objection Deadline: August 2, 2017, 4:00 p.m. (Prevailing Eastern Time)*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>     as representative of<br><br>The Puerto Rico Electric Power Authority, *et al.*<br><br>     Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 04780-LTS |

**NOTICE OF MOTION OF AD HOC GROUP OF PREPA BONDHOLDERS, NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AND SYNCORA GUARANTEE INC. FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW MOVANTS TO ENFORCE THEIR STATUTORY RIGHT TO HAVE A RECEIVER APPOINTED**

**PLEASE TAKE NOTICE** that on July 18, 2017, the Ad Hoc Group of PREPA Bondholders, National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. (the "**Movants**"), filed a motion (the "**Motion**") for Relief from the Automatic Stay to Allow Movants to Enforce Their Statutory Right to Have a Receiver Appointed [Dkt. No. 74].

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion ("**Objections**") must be in writing, must conform to the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and the Order Establishing Case Management Procedures [Dkt. No. 11] (the "**Case Management Procedures**"), and must be filed with the Court (a) by registered users of the Court's case filing system, electronically in accordance with Rule 5 of the Local Rules for the District of Puerto Rico (the "**Local District Court Rules**"), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF), and served on (i) counsel for the Oversight Board, Proskauer Rose LLP, Eleven Times Square, New

York, New York 10036-8299 (Attn: Martin J. Bienenstock and Stephen L. Ratner), and O'Neill & Borges LLC, 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918-1813 (Attn: Hermann D. Bauer, Esq.); (ii) the Puerto Rico Fiscal Agency and Financial Advisory Authority, Roberto Sánchez Vilella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, Puerto Rico 00907; (iii) counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Peter Friedman, Esq., and Diana M. Perez, Esq.), and Law Offices of Andrés W. López, Esq., 902 Fernández Juncos Ave., San Juan, PR 09007 (Attn: Andrés W. López, Esq.); (iv) the Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922; (v) Ad Hoc Group, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Amy Caton, Esq., Gregory Horowitz, Esq., Natan Hamerman, Esq., and Alice Byowitz, Esq.); (vi) counsel for National Public Finance Guarantee Corporation, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Jonathan Polkes, Esq., Marcia Goldstein, Esq., Salvatore A. Romanello, Esq., and Gregory Silbert, Esq.); (vii) counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp., Cadwalader, Wickersham & Taft LLP, 200 Liberty Street, New York, New York 10281 (Attn: Howard R. Hawkins, Jr., Esq., Mark C. Ellenberg, Esq., Nathan Bull, Esq., Ellen M. Halstead, Esq., Thomas J. Curtin, Esq., and Casey J. Servais, Esq.); and (viii) counsel for Syncora Guarantee Inc., Debevoise & Plimpton LLP, 919 Third Avenue, New York, New York, 10022 (Attn: My Chi To, Esq., Craig A. Bruens, Esq., and Elie J. Worenklein, Esq.). Objections to the Motion must be filed with the Court and served **so as to be received no later than August 2, 2017 at 4:00 p.m.** (**Prevailing Eastern Time**).

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served in accordance with the Case Management Procedures, the relief requested may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion shall be held before the Honorable Laura Taylor Swain, United States District Court Judge, in Room 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918-1767 (the "Court"), on **August 9, 2017 at 9:30 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, to consider the relief sought by the Movants in the Motion.

I hereby certify that, on this same date, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, today July 18, 2017.

**TORO, COLÓN, MULLET, RIVERA & SIFRE, P.S.C.**

*s/ Manuel Fernández Bared*
MANUEL FERNÁNDEZ-BARED
USDC-PR No. 204,204
E-mail: mfb@tcmrslaw.com

*s/ Linette Figueroa-Torres*
LINETTE FIGUEROA-TORRES
USDC-PR No. 227,104
E-mail: lft@tcmrslaw.com

*s/ Nayda Pérez-Román*
NAYDA PEREZ-ROMAN
USDC–PR No. 300,208
E-mail: nperez@tcmrslaw.com

P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760

*Counsel to the Ad Hoc Group of PREPA Bondholders*

**CASELLAS ALCOVER & BURGOS P.S.C.**

*s/ Heriberto Burgos Pérez*
HERIBERTO BURGOS PÉREZ
USDC-PR No. 204,809
E-mail: hburgos@cabprlaw.com

*s/ Ricardo F. Casellas-Sánchez*
RICARDO F. CASELLAS-SÁNCHEZ
USDC-PR No. 203,114
E-mail: rcasellas@cabprlaw.com

*s/ Diana Pérez-Seda*

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

*s/ Gregory A. Horowitz*
AMY CATON*
THOMAS MOERS MAYER*
GREGORY A. HOROWITZ*
NATAN HAMERMAN**
ALICE J. BYOWITZ**
1177 Avenue of the Americas
New York, New York 10036
Tel.: (212) 715-9100
Fax: (212) 715-8000
Email: tmayer@kramerlevin.com
acaton@kramerlevin.com
ghorowitz@kramerlevin.com
nhamerman@kramerlevin.com
abyowitz@kramerlevin.com

*admitted *pro hac vice* in No. 17-03283-LTS
** *Pro hac vice* applications pending

*Counsel to the Ad Hoc Group of PREPA Bondholders*

**CADWALADER, WICKERSHAM & TAFT LLP**

*s/ Howard R. Hawkins, Jr.*
HOWARD R. HAWKINS, JR.*
MARK C. ELLENBERG*
NATHAN BULL (*pro hac vice* admission forthcoming)
ELLEN HALSTEAD*
THOMAS J. CURTIN*
CASEY J. SERVAIS*
200 Liberty Street

- 4 -

DIANA PÉREZ-SEDA
USDC–PR No. 232,014
E-mail: dperez@cabprlaw.com

P.O. Box 364924
San Juan, PR 00936-4924
Tel.: (787) 756-1400
Fax: (787) 756-1401

*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

**ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC**

*s/ Eric Pérez-Ochoa*
ERIC PÉREZ-OCHOA
USDC-PR No. 206,314
E-mail: epo@amgprlaw.com

*s/ Luis A. Oliver-Fraticelli*
LUIS A. OLIVER-FRATICELLI
USDC-PR NO. 209,204
E-mail: loliver@amgprlaw.com

208 Ponce de Leon Ave., Suite 1600
San Juan, PR 00936
Tel.: (787) 756-9000
Fax: (787) 756-9010

*Counsel for National Public Finance Guarantee Corp.*

New York, New York 10281
Tel.: (212) 504-6000
Fax: (212) 406-6666
Email: howard.hawkins@cwt.com
mark.ellenberg@cwt.com
nathan.bull@cwt.com
ellen.halstead@cwt.com
thomas.curtin@cwt.com
casey.servais@cwt.com

* admitted *pro hac vice* in No. 17-03283-LTS
*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

**WEIL, GOTSHAL & MANGES LLP**

*s/ Marcia Goldstein*
MARCIA GOLDSTEIN*
JONATHAN POLKES*
SALVATORE A. ROMANELLO*
GREGORY SILBERT*
767 Fifth Avenue
New York, New York 10153
Tel.: (212) 310-8000
Fax: (212) 310-8007
STEPHEN A. YOUNGMAN
200 Crescent Court, Suite 300
Dallas, Texas 75201-6950
Tel.: (214) 746-7700
Fax: (214) 746-7777
Email: marcia.goldstein@weil.com
jonathan.polkes@weil.com
salvatore.romanello@weil.com
gregory.silbert@weil.com
stephen.youngman@weil.com

*admitted *pro hac vice* in No. 17-03283-LTS

*Counsel for National Public Finance Guarantee Corp.*

**DEBEVOISE & PLIMPTON LLP**

*s/ My Chi To*

- 5 -

| | |
|---|---|
| **GOLDMAN ANTONETTI & CORDOVA, LLC** | MY CHI TO* <br> CRAIG A. BRUENS* <br> ELIE J. WORENKLEIN* |
| *s/ Carlos A. Rodríguez-Vidal* <br> CARLOS A. RODRÍGUEZ-VIDAL <br> USDC-PR No. 201213 <br> E-mail: crodriguez-vidal@gaclaw.com | 919 Third Avenue <br> New York, New York 10022 <br> Tel.: (212) 909-6000 <br> Fax: (212) 909-6836 <br> Email: mcto@debevoise.com <br> cabruens@debevoise.com <br> eworenklein@debevoise.com |
| *s/ Solymar Castillo-Morales* <br> SOLYMAR CASTILLO-MORALES <br> USDC-PR NO. 218310 <br> E-mail: scastillo@gaclaw.com | *admitted *pro hac vice* in No. 17-03283-LTS |
| P.O. Box 70364 <br> San Juan, PR 00936-8364 <br> Tel.: (787) 759-4117 <br> Fax: (787) 767-9177 | *Counsel for Syncora Guarantee Inc.* |
| *Counsel for Syncora Guarantee Inc.* | |

- 6 -