# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY<br><br>Debtor[1] | TITLE III<br><br>No. 17 BK 04780-LTS |

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

**COMES NOW**, Craig A. Bruens, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Debevoise & Plimpton, LLP, with offices at:

| | |
|---|---|
| Address: | 919 Third Avenue<br>New York, NY 10022 |
| Email: | cabruens@debevoise.com |
| Telephone No.: | (212) 909- 6000 |
| Fax No.: | (212) 909- 6836 |

2. Applicant will sign all pleadings with the name Craig A. Bruens.

3. Applicant has been retained personally or as a member of the above-named firm by Syncora Guarantee, Inc. and Syncora Capital Assurance, Inc., hereinafter collectively referred as Syncora to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

---

[1] Tax ID. No. 66-0433747

1

4. Since August 11, 1999, applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where applicant regularly practices law. Applicant's bar license number is 2992329.

5. Applicant has been admitted to practice before the following courts:

| Court | Date of Admission |
|---|---|
| United States District Court for the Southern District of New York | December 21, 1999 |
| United States District Court for the Eastern District of New York | December 21, 1999 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

In re: The Financial Oversight And Management Board For Puerto Rico, as representative of Commonwealth Of Puerto Rico, et al., No. 17 BK 3283-LTS, June 27, 2017.

10. Local counsels of record associated with applicant in this matter are:

| | |
|---|---|
| Name: | **Solymar Castillo Morales** |
| USDC-PR Bar No. | 218310 |
| Address | Goldman Antonetti & Córdova, LLC<br>P.O. Box 70364<br>San Juan, Puerto Rico 00936-8364 |
| Email | scastillo@gaclaw.com |

2

| | |
|---|---|
| Telephone No. | (787) 759-4213 |
| Fax No. | (787) 474-2335 |
| And, | |
| Name: | **Carlos A. Rodríguez-Vidal** |
| USDC-PR Bar No. | 201213 |
| Address | Goldman Antonetti & Córdova, LLC<br>P.O. Box 70364<br>San Juan, Puerto Rico 00936-8364 |
| Email | crodriguez-vidal@gaclaw.com |
| Telephone No. | (787) 759-4117 |
| Fax No. | (787) 767-9177 |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read the Local Rules of the United States District Court and the Local Bankruptcy Rules for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

*[Remainder of page intentionally left blank]*

3

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only and any adversary proceeding related thereto.

Date: August 8, 2017

*Craig A. Bruens* (signature)

**Craig A. Bruens**
DEBEVOISE & PLIMPTON, LLP
919 Third Avenue
New York, New York 10022
Tel: (212)909-6000
Fax: (212) 909-6836

I HEREBY CERTIFY, pursuant to Local Rule 83.A(f) that I consent to the designation of local counsel of record for all purposes.

Date: August 9, 2017

Carlos A. Rodriguez-Vidal
<u>Solymar Castillo-Morales</u>
Local Counsels

_____                    *Solymar Castillo-Morales* (signature)
Carlos A. Rodriguez- Vidal                    Solymar Castillo-Morales

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

*Solymar Castillo-Morales* (signature)

GOLDMAN ANTONETTI & CORDOVA, LLC
Carlos A. Rodriguez Vidal
Solymar Castillo- Morales
USDC- PR 201213
USDC-PR 208310
Post Office Box 70364
San Juan, PR 00936-8364
Tel: (787)753-4117
Fax: (787) 767-9177

4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor[i] | TITLE III<br><br>No. 17 BK 04780-LTS |

## ORDER GRANTING ADMISSION PRO HAC VICE OF CRAIG A BRUENS

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

    ☐    the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

    ☐    the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2017.

 

_____
HONORABLE LAURA TAYLOR SWAIN
U.S. DISTRICT JUDGE

---

[i] Tax ID. No. 66-0433747