IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | No. 17 BK 3283-LTS |
| as representative of | Jointly Administered |
| THE COMMONWEALTH OF PUERTO RICO | |
| Debtor | |
| In re: | PROMESA |
| | TITLE III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | NO. 17-BK- 4780-LTS |
| as representative of | |
| PUERTO RICO ELECTRIC POWER AUTHORITY | |
| Debtor | |

## MOTION TO WITHDRAW LEGAL REPRESENTATION

**TO THE HONORABLE COURT:**

COME NOW, the undersigned attorney and respectfully states as follows:

1. Mr. Mark Elliott is the holder of bonds of the Puerto Rico Electric Power Authority and was represented by the undersigned attorney. Mr. Elliott has requested that the undersigned attorney withdraw as legal representative. Mr. Elliott will continue representing himself pro se. Mr. Elliott's address is 304 S Jones Blvd, Suite 7533, Las Vegas, NV 89107.

2. A proposed order is attached to this motion.

WHEREFORE: Movant respectfully requests that he be allowed to present his views on the issues to be litigated.

Respectfully submitted on this 12th day of March, 2025.

CERTIFY: That on this same day, the ECF system sent a copy of this motion to all parties in this litigation. In addition, a true and exact copy of this motion is being sent to Mr. Mark Elliot to

elliotassetmanagement.onmicrosoft.com

/s John E. Mudd
John E. Mudd
Bar Number: 201102
Attorney for Plaintiffs
LAW OFFICES JOHN E. MUDD
P. O. BOX 194134
SAN JUAN, P.R. 00919
(787) 413-1673
Fax. (787) 753-2202
johnmuddlaw@gmail.com

2