UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>    Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS |
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Puerto Rico Electric Power Authority,<br><br>    Debtor. | PROMESA Title III<br><br>No. 17 BK 4780-LTS |

**INFORMATIVE MOTION OF PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP AS COUNSEL TO THE MAJORITY MEMBER PREPA AD HOC GROUP REGARDING MARCH 19-20, 2025 HEARING**

To the Honorable United States District Court Judge Laura Taylor Swain:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE NOTICE** that pursuant to the Court's *Order Regarding Procedures for Hearing on March 19-20, 2025, Omnibus Hearing* [Case No. 17-3283, Dkt. No. 28912] (the "**Order**"), Paul, Weiss, Rifkind, Wharton & Garrison LLP ("**Paul, Weiss**"), as counsel to an ad hoc group of holders of bonds issued by PREPA (the "**Bonds**" and the ad hoc group holding such Bonds, the "**Majority Member PREPA Ad Hoc Group**"), respectfully states as follows:

1. Andrew N. Rosenberg and Karen R. Zeituni from Paul, Weiss will appear in the Hato Rey Courtroom (as defined in the Order), on behalf of the Majority Member PREPA Ad Hoc Group in connection with the Hearing (as defined in the Order).

2. Paul, Weiss reserves the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases to the extent they impact the interests of the Majority Member PREPA Ad Hoc Group in these Title III cases.

3. Paul, Weiss' Party Appearance Sheet is attached hereto as **Exhibit A**.

**RESPECTFULLY SUBMITTED,** this 12th day of March, 2025.

We hereby certify that, on this same date, a true and exact copy of this motion was filed with the Clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.**<br>P.O. Box 195383<br>San Juan, PR 00919-5383<br>Tel.: (787) 751-8999<br>Fax: (787) 763-7760 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Tel.: (212) 373-3000<br>Fax: (212) 757-3990 |
| */s/ Manuel Fernández-Bared*<br>MANUEL FERNÁNDEZ-BARED<br>USDC-PR No. 204204<br>Email: mfb@tcm.law | */s/ Andrew N. Rosenberg*<br>ANDREW N. ROSENBERG*<br>PAUL D. BRACHMAN*<br>KAREN R. ZEITUNI*<br>SAMANTHA WINTNER* |
| */s/ Linette Figueroa-Torres*<br>LINETTE FIGUEROA-TORRES<br>USDC-PR No. 227104<br>Email: lft@tcm.law | Email: arosenberg@paulweiss.com<br>pbrachman@paulweiss.com<br>kzeituni@paulweiss.com<br>swintner@paulweiss.com |
| | **Admitted Pro Hac Vice* |
| *Counsel for the Majority Member PREPA Ad Hoc Group* | *Counsel for the Majority Member PREPA Ad Hoc Group* |

3

**Exhibit A**

**PARTY APPEARANCE COVER SHEET**

| Name of Party | | **Paul, Weiss, Rifkind, Wharton & Garrison LLP as Counsel to the Majority Member PREPA Ad Hoc Group** |
|---|---|---|
| Attorney 1 | Appearance Method | Hato Rey Courtroom |
| | Name | Andrew N. Rosenberg |
| | Law Firm | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| | Email | arosenberg@paulweiss.com |
| | Phone Number | (212) 373-3158 |
| | Docket Entry No. of Order Allowing Pro Hac Vice Appearance | ECF No. 3486 – Case No. 17-4780-LTS |
| Attorney 2 | Appearance Method | Hato Rey Courtroom |
| | Name | Karen R. Zeituni |
| | Law Firm | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| | Email | kzeituni@paulweiss.com |
| | Phone Number | (212) 373-3019 |
| | Docket Entry No. of Order Allowing Pro Hac Vice Appearance | ECF No. 3486 – Case No. 17-4780-LTS |

### **Exhibit B**

PARTY EXHIBIT COVER SHEET

| Name of Party | | N/A |
|---|---|---|
| Does the Party intend to offer evidence? | | N/A |
| Docket entry No. for Party Exhibit List | | N/A |
| Exhibit Identifier | Docket entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
| N/A | N/A | N/A |
| | | |
| | | |
| | | |
| Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a). | | |