UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>　　Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS |

**INFORMATIVE MOTION OF MEDIATION TEAM
REGARDING MARCH 19-20, 2025 OMNIBUS HEARING**

Pursuant to the Court's *Order Regarding Procedures for Hearing on March 19-20, 2025 Omnibus Hearing* [Docket No. 28912, Case No. 17 BK 3283-LTS], the Mediation Team respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (v) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations). On October 30, 2024, the Title III case for the Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) was closed.

1. Matthew A. Feldman of Willkie Farr & Gallagher LLP will appear in person in the Puerto Rico Courtroom. The Mediation Team reserves the right to be heard on any matter presented to the Court, and to respond to any statements made by any party in connection with the above-captioned PREPA Title III Case to the extent they impact the interests of the Mediation Team in these PREPA Title III Case.

| | |
|---|---|
| Dated: March 12, 2025<br>New York, New York | Respectfully submitted,<br><br>*/s/ Matthew A. Feldman*<br>Matthew A. Feldman (admitted *pro hac vice*)<br>**WILLKIE FARR & GALLAGHER LLP**<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111<br>mfeldman@willkie.com<br><br>*Special Advisor to the Mediation Team* |

2

**EXHIBIT A**

PARTY APPEARANCE SHEET

| Name of Party | Mediation Team | |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In Person PR |
| | Name | Matthew A. Feldman |
| | Law Firm | Willkie Farr & Gallagher LLP |
| | Email | mfeldman@willkie.com |
| | Phone Number | 212-728-8000 |
| | Docket Entry No. of Notice of Appearance | 5550 |

# EXHIBIT B
### PARTY EXHIBIT COVER SHEET

| Name of Party | Mediation Team |
|---|---|
| Does the Party intend to offer evidence? | Yes |
| Docket Entry No. for Party Exhibit List | 5551 |
| Exhibit Identifier | Docket Entry No. of Exhibit[2] | Is there a pending request to seal this Exhibit? |
| MT Ex. 1 | D.I. 5506-1 | No |
| MT Ex. 2 | D.I. 5506-2 | No |
| MT Ex. 3 | D.I. 5540 | No |
| MT Ex. 4 | D.I. 5541 | No |
| Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a). | |

---

[2] Docket references are to Case No. 17 BK 4780-LTS.