**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

In Re:

The Financial Oversight and Management
Board for Puerto Rico

*as representative of*

The Commonwealth of Puerto Rico, *et al.*,

Debtors.[1]

| | |
|---|---|
| 3:17-BK-3283 (LTS) | |
| PROMESA Title III | |
| (Jointly Administered) | |

In Re:

The Financial Oversight and Management
Board for Puerto Rico

*as representative of*

Puerto Rico Power Authority
Debtors.

| | |
|---|---|
| 3:17-BK-4780 (LTS) | |
| PROMESA Title III | |
| (Jointly Administered) | |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).  On October 30, 2024, the Title III case for the Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) was closed.

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

      Plaintiff/Counterclaim-Defendant,

PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS, UNION DE TRABAJADORES DE LA INDUSTRIA ELECTRICA Y RIEGO INC., CORTLAND CAPITAL MARKET SERVICES, SOLA LTD., SOLUS OPPORTUNITIES FUND 5 LP, ULTRA MASTER LTD, ULTRA NB LLC, UNION DE TRABAJADORES DE LA INDUSTRIA ELECTRICA Y RIEGO INC., AND SISTEMA DE RETIRO DE LOS EMPLEADOS DE LA AUTORIDAD DE ENERGIA ELECTRICA,

      Intervenor-Plaintiffs,

v.

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,

      Defendant/Counterclaim-Plaintiff,

THE AD HOC GROUP OF PREPA BONDHOLDERS, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, AND SYNCORA GUARANTEE, INC.,

      Intervenor-Defendants/Counterclaim-Plaintiffs.

Adv. Proc. No. 19-391-(LTS)

2

**ORDER REGARDING PROCEDURES FOR HEARING ON JOINT INFORMATIVE MOTION REGARDING DISCOVERY DISPUTES BETWEEN ASSURED GUARANTY INC., GOLDENTREE ASSET MANAGEMENT LP, NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, SYNCORA GUARANTEE, INC., THE MAJORITY MEMBER AD HOC GROUP, THE PREPA AD HOC GROUP, U.S. BANK NATIONAL ASSOCIATION, AND THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO**

Pursuant to the *Joint Informative Motion Regarding Discovery Disputes Between Assured Guaranty Inc., GoldenTree Asset Management LP, National Public Finance Guarantee Corporation, Syncora Guarantee, Inc., the Majority Member Ad Hoc Group, the PREPA Ad Hoc Group, U.S. Bank National Association as Trustee, and the Financial Oversight and Management Board for Puerto Rico* (Dkt. No. 6205 in Case No. 17-4780 and Dkt. No. 412 in Case No. 19-391), filed by Assured Guaranty Inc., GoldenTree Asset Management LP, National Public Finance Guarantee Corporation, Syncora Guarantee, Inc., the Majority Member Ad Hoc Group, the PREPA Ad Hoc Group, and U.S. Bank National Association as Trustee, and the Financial Oversight and Management Board for Puerto Rico (the "Parties"), this Court will hold a hearing on **June 25, 2026, at 11:00 a.m. (AST)** (the "Hearing").

The Court will conduct the Hearing by video conference using Zoom. The Hearing shall be governed by the following procedures:

1. Pursuant to the Court's May 12, 2026 *Order Allowing in part and Denying in part PREPA Bondholders' Renewed Motion to Compel Discovery and Setting Discovery and Briefing Schedule* (Dkt. No. 6150 in Case No. 17-4780 and Dkt. No. 410 in Case No. 19-391), the Parties must submit letters to the Court, via email to deindprcorresp@mad.uscourts.gov, describing the issues associated with the

3

Discovery Disputes and setting forth the legal support for their respective positions by **June 22, 2026, at 12:00 p.m. (AST)**.

2. Counsel who intend to present oral argument at the Hearing must jointly file an informative motion by **June 22, 2026, at 12:00 p.m. (AST)** identifying (a) the names and email addresses of the individuals who intend to speak in connection with the Order and (b) the order in which the speakers shall present oral argument.

3. Counsel who notify the Court that they intend to speak at the Hearing will receive a Zoom video conference invite at the email address provided in the joint informative motion.

4. During the Hearing, counsel who intend to present oral argument shall keep their microphones muted when not speaking.

5. The media, the public, and counsel who do not intend to speak can access the Hearing by dialing (855) 244 - 8681 and entering the access code (2315 326 5720) when prompted.

6. All persons granted remote access to the Hearing are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

SO ORDERED.

/s/ Judith Gail Dein
HONORABLE JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE

Dated: June 18, 2026