# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Morning Session:
Set: 9:30 AM (AST)
Started: 9:34 AM (AST)
Ended: 10:54 AM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE JUDGE LAURA TAYLOR SWAIN**                    DATE: July 15, 2026

**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**

COURTROOM DEPUTY: Carmen Tacoronte

COURT REPORTER: Steven Greenblum (SDNY)

---

In Re:

The Financial Oversight and Management Board for Puerto Rico

*as representative of*

The Commonwealth of Puerto Rico, *et al.*, Debtors

3:17-BK-3283 (LTS)

PROMESA Title III

(Jointly Administered)

---

In Re:

The Financial Oversight and Management Board for Puerto Rico

*as representative of*

Puerto Rico Electric Power Authority, Debtor,

3:17-BK-4780 (LTS)

PROMESA Title III

(Jointly Administered)

3:17-BK-3283 (LTS) / 3:17-BK-4780 (LTS) / 3:19-AP-391 (LTS)
Omnibus Hearing – July 15, 2026

---

| | |
|---|---|
| The Financial Oversight and Management Board for Puerto Rico, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Bank National Association, *et al.*,<br><br>Defendants. | 3:19-AP-00391 (LTS)<br><br>in 3:17-BK-4780 (LTS) |

---

**Omnibus Hearing held.**

The agenda was filed at DE # 31305 in 17-3283 (LTS).

### I.  STATUS REPORTS

1. Financial Oversight and Management Board (FOMB) [Case No. 17-3283, ECF No. 31298]
2. Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF) [Case No. 17-3283, ECF No. 31297]

### II.  ADVERSARY PROCEEDING NO. 19-00391, BONDHOLDERS' ACCOUNTING COUNTERCLAIM

1. Joint Status Report. [Adv. Pro. No. 19-000391, ECF No. 421]
2. Discussion on Motion Practice. [Case No. 17-3283, ECF No. 31285; Case No. 17-4780, ECF No. 6232; Adv. Pro. No. 19-00391, ECF No. 420]

   - Parties heard.

### III.  ADJOURNED MATTERS

1. Debtors' Omnibus Objections to Claims.
2. Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the July 15, 2025 Omnibus Hearing to the September 16, 2026 Omnibus Hearing [Case No. 17-3283, ECF No. 31249]
3. PREPA's Omnibus Motion for Order Approving Its Rejection of Certain Power Purchase and Operating Agreements. [Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]

3:17-BK-3283 (LTS) / 3:17-BK-4780 (LTS) / 3:19-AP-391 (LTS)
Omnibus Hearing – July 15, 2026

4. Three Hundred Thirty-Fourth Omnibus Objection to Claims / PBA Objection to Sky High Elevators Corp. Proofs of Claim. [Case No. 17-3283, ECF No. 17085]

5. Objection to Universal Service Administrative Company Proof of Claim. [Case No. 17-3283, ECF No. 28207]

6. Ricoh Puerto Rico, Inc.'s Administrative Expense Claim Motion. [Case No. 17-3283, ECF No. 21191]

7. Ramhil Developers Inc.'s Objection to Cure Amount. [Case No. 17-3283, ECF No. 19807]

8. PREPA Motion for Order Rejecting Collective Bargaining Agreements. [Case No. 17-3283, ECF No. 26017; Case No. 17-4780, ECF No. 4348]

9. Commonwealth Objection to Proof of Claim of Raymond O. Plaza de Jesús [Case No. 17-3283, ECF No. 27286]

10. LUMA's Motion to Allow/Authorize Transfer Funds to Pay Admin Expense Claims. [Case No. 17-3283, ECF No. 30128; Case No. 17-4780, ECF No. 5868]

**Next scheduled hearing:**

Omnibus Hearing set for September 16, 2026, at 9:30 AM (AST) in the Southern District of New York. A procedures order will be issued in due course.

s/Carmen Tacoronte
Carmen Tacoronte
PROMESA Case Administrator