**Hearing Date: TBD**
**Objection Deadline: TBD**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>     Debtors.[1] | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as a representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>     Debtor. | PROMESA Title III<br><br>Case No. 17-BK-4780-LTS |

**UNOPPOSED AND *URGENT* MOTION AND MEMORANDUM OF LAW OF GOLDENTREE ASSET MANAGEMENT LP, ASSURED GUARANTY INC., SYNCORA GUARANTEE, INC., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, THE PREPA AD HOC GROUP AND THE MAJORITY MEMBER PREPA AD HOC GROUP FOR AN EXTENSION OF TIME TO RESPOND TO THE THIRTEENTH <u>INTERIM FEE APPLICATION OF THE BRATTLE GROUP, INC.</u>**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (v) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations). On October 30, 2024, the Title III case for the Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) was closed.

GoldenTree Asset Management LP ("**GoldenTree**"), Assured Guaranty Inc. ("**Assured**"), Syncora Guarantee, Inc. ("**Syncora**"), National Public Finance Guarantee Corporation ("**National**"), the PREPA Ad Hoc Group[2] and the Majority Member PREPA Ad Hoc Group[3] (together with GoldenTree, Assured, Syncora, National and the PREPA Ad Hoc Group, the "**Movants**"), which are holders and/or insurers of approximately 89% of the approximately $8.26 billion principal amount of outstanding bonds (collectively, "**Revenue Bonds**") issued by the Puerto Rico Electric Power Authority ("**PREPA**") pursuant to that certain Trust Agreement, dated as of January 1, 1974 (as amended, the "**Trust Agreement**"), by and between PREPA and U.S. Bank National Association, as trustee, respectfully submit this combined unopposed and urgent motion and memorandum of law (the "**Motion**") for an extension of the time to respond to the *Thirteenth Interim Application of the Brattle Group, Inc. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Economic Consultant to Proskauer Rose LLP, as Legal Counsel to and on Behalf of the Financial Oversight and Management Board for Puerto Rico, as Representative of the Puerto Rico Electric Power Authority of the Government of the Commonwealth of Puerto Rico, for the Twenty-Fifth and Twenty-Sixth Interim Fee Period from June 1, 2025 – January 31, 2026* [Case No. 17-03283, ECF No. 31246] (the "**Interim Fee Application**") until fourteen days after the lifting or expiration of the litigation stay imposed by the *Order Regarding PREPA Litigation Stay* [ECF No. 5286] (the "**Litigation Stay Order**"), as subsequently extended by the Court [ECF Nos. 5338, 5390, 5406, 5480, 5572].[4]

---

[2] The members of the PREPA Ad Hoc Group are listed in the *Eleventh Verified Statement of the PREPA Ad Hoc Group Pursuant to Bankruptcy Rule 2019* [ECF No. 6198] filed on June 9, 2026.

[3] The members of the Majority Member PREPA Ad Hoc Group are listed in the *Seventh Verified Statement of the Majority Member PREPA Ad Hoc Group Pursuant to Bankruptcy Rule 2019* [ECF No. 6165] filed on May 26, 2026.

[4] Docket references contained herein shall refer to the docket for Case No. 17-04780 unless otherwise specified.

**JURISDICTION**

1.      This Court has jurisdiction to grant the relief sought in this Motion pursuant to the *Twenty-First Amended Notice, Case Management and Administrative Procedures* [Case No. 17-BK-3283, ECF No. 30223-1) (the "**Case Management Procedures**"), sections 306(a) through (c) of the Puerto Rico Oversight, Management, and Economic Stability Act of 2016 ("**PROMESA**") and sections 105(a) and 1126(e) of the Bankruptcy Code, which are made applicable to this proceeding by section 301(a) of PROMESA.  This Motion is filed pursuant to Rule 9013 of the Bankruptcy Rules and Rules 9013-1 and 9013-2 of the Puerto Rico Local Bankruptcy Rules.

**RELIEF REQUESTED**

2.      Movants request an order, substantially in the form attached hereto as **Exhibit 1**, extending the time for Movants to respond to the Interim Fee Application.

**ARGUMENT**

3.      The Brattle Group, Inc. ("**Brattle**") seeks an interim allowance of $2,762,513.50 for fees and $4,074.58 for expenses purportedly incurred from June 1, 2025 through January 31, 2026.  For the reasons set forth in the *Unopposed and Urgent Motion and Memorandum of Law of GoldenTree Asset Management LP, Assured Guaranty Inc., Syncora Guarantee, Inc., National Public Finance Guarantee Corporation, and the PREPA Ad Hoc Group for an Extension of Time to Object to the Twelfth Interim Fee Application of McKinsey & Company Puerto Rico Consulting, Inc.* [ECF No. 5502], Movants reserve their right to object to these fees, and other fees incurred by professionals providing services to the Oversight Board.  *See* 11 U.S.C. § 330(a)(4)(A)(ii)(I).

4.      This Court, however, has stayed litigation, other than on certain matters, and ordered mediation.  To preserve Movants' rights with respect to the fees and costs set forth in the Interim Fee Application, Movants seek an extension of time to respond to the Interim Fee

Application[5] until fourteen days after the lifting or expiration of the litigation stay imposed by the

Litigation Stay Order.

### Compliance with Case Management Procedures

5.        Pursuant to Paragraph I.H of the Case Management Procedures, Movants hereby

certify that they have carefully examined the matter and concluded that there is a true need for an

urgent motion, have not created the urgency through any lack of due diligence, have made a bona

fide effort to resolve the matter without a hearing, and have made reasonable and good-faith

communications in an effort to resolve or narrow the issues that are being brought to this Court.

Specifically, counsel, on Movants' behalf, conferred with counsel for Brattle on July 20, 2026

regarding the relief to be requested in the Motion.  Counsel for Brattle consents to the relief

requested herein.  As a result of these efforts, Movants respectfully submit that they have met the

requirements to have an urgent hearing set on the Motion.

### <u>CONCLUSION</u>

6.        For the foregoing reasons, Movants respectfully request that this Court grant the

Motion, enter the proposed order attached hereto as **<u>Exhibit 1</u>**, and grant such other and further

relief that may be just and proper.

---

[5]    Movants note that under the *Third Amended Order Setting Procedures for Interim and Final Compensation and Reimbursement of Expenses of Professionals* [Case No. 17-BK-3283, ECF No. 20546], "[p]ayment and allowance of interim fees shall not bind any party in interest or the Court with respect to the final consideration of Final Fee Applications … for payment of compensation and reimbursement of expenses of Professionals. All fees and expenses paid to Professionals under the Interim Compensation Procedures are subject to disgorgement until final allowance by the Court."  Movants reserve all rights to seek disgorgement of all fees and expenses paid to Brattle.

Dated: July 21, 2026                                      Respectfully submitted,
San Juan, Puerto Rico

**RAMOS CRUZ LEGAL**                                     **WHITE & CASE LLP**

By: */s/ Lydia M. Ramos Cruz*                            By: */s/ Glenn M. Kurtz*
Lydia M. Ramos Cruz                                      Thomas E Lauria (admitted *pro hac vice*)
USDC – PR 214104                                         Glenn M. Kurtz (admitted *pro hac vice*)
1509 López Landrón Street                                Claudine Columbres, (admitted *pro hac vice*)
American Airlines Building, PH                           Isaac Glassman (admitted *pro hac vice*)
San Juan, Puerto Rico 00911                              Thomas E. MacWright (admitted *pro hac vice*)
Phone: (787) 508-2525                                    1221 Avenue of the Americas
Email: lramos@ramoscruzlegal.com                         New York, New York 10036
                                                         Phone: (212) 819-8200
By: */s/ Rafael Escalera*                                Facsimile: (212) 354-8113
Rafael Escalera                                          Email: tlauria@whitecase.com
USDC – PR No. 122,609                                            gkurtz@whitecase.com
Carlos R. Rivera-Ortiz                                          ccolumbres@whitecase.com
USDC – PR No. 303,409                                           iglassman@whitecase.com
255 Ponce de León Avenue                                        tmacwright@whitecase.com
MCS Plaza, 10th Floor
San Juan, Puerto Rico 00917-1913                         John K. Cunningham (admitted *pro hac vice*)
Phone: (787) 777-8888                                    Michael C. Shepherd (admitted *pro hac vice*)
escalera@reichardescalera.com                            Jesse L. Green (admitted *pro hac vice*)
riverac@reichardescalera.com                             200 S. Biscayne Boulevard, Suite 4900
                                                         Miami, Florida 33131
                                                         Phone: (305) 371-2700
                                                         Facsimile: (305) 358-5744
                                                         Email: jcunningham@whitecase.com
                                                                mshepherd@whitecase.com
                                                                jgreen@whitecase.com

*Co-Counsel for GoldenTree Asset Management LP and Syncora Guarantee, Inc.*

5

**CASELLAS ALCOVER & BURGOS P.S.C.**

By: */s/ Heriberto Burgos Pérez*
Heriberto Burgos Pérez
USDC – PR 204809
Ricardo F. Casellas-Sánchez
USDC – PR 203114
Diana Pérez-Seda
USDC – PR 232014
P.O. Box 364924
San Juan, Puerto Rico 00936-4924
Phone: (787) 756-1400
Facsimile: (787) 756-1401
Email: hburgos@cabprlaw.com
        rcasellas@cabprlaw.com
        dperez@cabprlaw.com

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Miguel A. Estrada*
Miguel A. Estrada (admitted *pro hac vice*)
Lochlan F. Shelfer (admitted *pro hac vice*)
1700 M Street, N.W.
Washington, D.C. 20036-4504
Tel.: (202) 955-8500
Fax: (202) 530-9662
Email:   mestrada@gibsondunn.com
         lshelfer@gibsondunn.com

**HOGAN LOVELLS CADWALADER US LLP**

By: */s/ William J. Natbony*
Casey J. Servais (admitted *pro hac vice*)
William J. Natbony (admitted *pro hac vice*)
Thomas J. Curtin (admitted *pro hac vice*)
200 Liberty Street
New York, New York 10281
Phone: (212) 504-6000
Facsimile: (212) 504-6666
Email: casey.servais@hlc.com
        bill.natbony@hlc.com
        thomas.curtin@hlc.com

*Co-Counsel for Assured Guaranty Inc.*

**ADSUAR**

P.O. Box 70294
San Juan, Puerto Rico 00936
Telephone: (787) 756-9000
Facsimile: (787) 756-9010
Email: epo@amgprlaw.com
     loliver@amgprlaw.com
     acasellas@amgprlaw.com

By: */s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa
USDC – PR No. 206314

*/s/ Luis Oliver-Fraticelli*
Luis Oliver-Fraticelli
USDC – PR No. 209204

*/s/ Alexandra Casellas-Cabrera*
Alexandra Casellas-Cabrera
USDC – PR No. 301010

**WEIL, GOTSHAL & MANGES LLP**

By: */s/ Robert Berezin*
Matthew S. Barr (admitted *pro hac vice*)
Robert Berezin (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Phone: (212) 310-8000
Facsimile: (212) 310-8007
Email: matt.barr@weil.com
     robert.berezin@weil.com

Gabriel A. Morgan (admitted *pro hac vice*)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Phone: (713) 546-5000
Facsimile: (713) 224-9511
Email: gabriel.morgan@weil.com

*Co-Counsel for National Public Finance Guarantee Corporation*

**MONSERRATE SIMONET & GIERBOLINI, LLC**

By: */s/ Dora L. Monserrate-Peñagarícano*
Dora L. Monserrate-Peñagarícano
U.S.D.C. – P.R. No. 212,612
Fernando J. Gierbolini-González
U.S.D.C. – P.R. No. 211,901
Richard J. Schell
U.S.D.C. – P.R. No. 305,811
101 San Patricio Ave., Suite 1120
Guaynabo, Puerto Rico 00968
Phone: (787) 620-5300
Facsimile: (787) 620-5305
Email: dmonserrate@msglawpr.com
        fgierbolini@msglawpr.com
        rschell@msglawpr.com

**DECHERT LLP**

By: */s/ David A Herman*
G. Eric Brunstad, Jr. (admitted *pro hac vice*)
Stephen D. Zide (admitted *pro hac vice*)
David A. Herman (admitted *pro hac vice*)
1095 Avenue of the Americas
New York, New York 10036
Phone: (212) 698-3500
Facsimile: (212) 698-3599
Email: eric.brunstad@dechert.com
        stephen.zide@dechert.com
        david.herman@dechert.com

*Co-Counsel for the PREPA Ad Hoc Group*

8

**TORO COLÓN MULLET P.S.C.**
P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760

*/s/ Manuel Fernández-Bared*
MANUEL FERNÁNDEZ-BARED
USDC-PR No. 204204
Email: mfb@tcm.law

*/s/ Linette Figueroa-Torres*
LINETTE FIGUEROA-TORRES
USDC-PR No. 227104
Email: lft@tcm.law

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019
Tel.: (212) 373-3000
Fax: (212) 757-3990

*/s/ Andrew N. Rosenberg*
Andrew N. Rosenberg
Paul D. Brachman
Karen R. Zeituni

Email: arosenberg@paulweiss.com
pbrachman@paulweiss.com
kzeituni@paulweiss.com

*Co-Counsel for the Majority Member PREPA Ad Hoc Group*

**EXHIBIT 1**

**Proposed Order**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[6] | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as a representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA Title III<br><br>Case No. 17-BK-4780-LTS |

**[PROPOSED] ORDER GRANTING THE UNOPPOSED AND *URGENT* MOTION OF GOLDENTREE ASSET MANAGEMENT LP, ASSURED GUARANTY INC., SYNCORA GUARANTEE, INC., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, THE PREPA AD HOC GROUP AND THE MAJORITY MEMBER PREPA AD HOC GROUP FOR AN EXTENSION OF TIME TO RESPOND TO THE THIRTEENTH <u>INTERIM FEE APPLICATION OF THE BRATTLE GROUP, INC.</u>**

---

[6] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (v) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations). On October 30, 2024, the Title III case for the Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) was closed.

Upon consideration of the *Unopposed and Urgent Motion and Memorandum of Law of GoldenTree Asset Management LP, Assured Guaranty Inc., Syncora Guarantee, Inc., National Public Finance Guarantee Corporation, the PREPA Ad Hoc Group and the Majority Member PREPA Ad Hoc Group for an Extension of Time to Respond to the Thirteenth Interim Fee Application of the Brattle Group, Inc.* (the "**Motion**"), filed by GoldenTree Asset Management LP, Assured Guaranty Inc., Syncora Guarantee, Inc., National Public Finance Guarantee Corporation, the PREPA Ad Hoc Group and the Majority Member PREPA Ad Hoc Group (collectively, the "**Movants**"); and the Court having jurisdiction over this matter under 28 U.S.C. § 1331, and under sections 306(a)–(b) of the Puerto Rico Oversight, Management, and Economic Stability Act of 2016 ("**PROMESA**"); and venue being proper pursuant to section 307(a) of PROMESA and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and this Court having found that the notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion and at the hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT:**

1. The relief requested in the Motion is granted to the extent set forth herein.

2. The time for Movants to file any response to the *Thirteenth Interim Application of the Brattle Group, Inc. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Economic Consultant to Proskauer Rose LLP, as Legal Counsel to and on Behalf of*

2

*the Financial Oversight and Management Board for Puerto Rico, as Representative of the Puerto Rico Electric Power Authority of the Government of the Commonwealth of Puerto Rico, for the Twenty-Fifth and Twenty-Sixth Interim Fee Period from June 1, 2025 – January 31, 2026* [Case No. 17-03283, ECF No. 31246] is extended until fourteen days after the lifting or expiration of the litigation stay imposed by the *Order Regarding PREPA Litigation Stay* [Case No. 17-bk-04780, ECF No. 5286], as subsequently extended by the Court [Case No. 17-bk-04780, ECF Nos. 5338, 5390, 5406, 5480, 5572].

3.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement, or interpretation of this Order.

SO ORDERED.

Dated: _____, 2026

_____
THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

3